Exhibit 3

**From:** "B. Arrindell" ▮▮▮
**Subject: the 3 1/4" deck movement and…**
**Date:** January 21, 2025 at 8:44:00 PM EST
**To:** Lindsey Kurnath <Lindsey_Kurnath@nps.gov>

Hi Lindsey,

When we talked last Friday, you asked about a 3 1/4" deck movement - it is covered in our comment
discussed on page 5 and page 8 of our comment - that 3 1/4" movement of the deck happened in 2013 when the bearing collapsed.  PLEASE have the NPS engineers READ the **comment which I am attaching to this email with its Attachment A.**

 AND-  I will have more for you this week or latest next week.

Also in conversation with a reporter he brought up the material in this screenshot which is on page 6 of the inspection report PDF   at this link
https://www.dropbox.com/s/t8kn06a0vrfxj0x/35588%20Inspection%20Report_2024-10-11_Redacted.pdf?dl=0

## 2024 ROUTINE BRIDGE INSPECTION REPORT
## SR 1002 over DELAWARE RIVER

### BMS No. 63 1002 0230 0739

**INSPECTION RESULTS (Cont.):**

**SUBSTRUCTURE:**    Current Condition Rating:  **0**  - FAILED
                    Previous Condition Rating:  **2**  - CRITICAL

The stone masonry abutments have several voids due to deteriorating mortar or missing stones. There are a few delaminated, fractured, and displaced stones throughout both abutments. The abutment wingwalls have large voids, missing mortar, missing/loose stones, and separation at the stem interface which has been monitored for movement during the past several cycles, 3/8" movement was noted during this inspection at the Far Left wingwall.  The cap stones below the truss bearings are fractured and settled with large areas of missing mortar and loose or displaced stones.  The superstructure has shift left at the Far Abutment.  Repairs adjacent to the Far Left truss bearing showed signs of addition movement.  The stone masonry pier is typically in good condition with some vegetation growth, and areas of loose and missing mortar.

Below is our lawyer's response to your question about that page 6 wording - and she is not yelling with the caps, just wants those items noticed.
**Also attached are 2 articles from 1991 when the crack was noticed and a 1994 article that whatever crack was found was just monitored.  It wasn't repaired.**

Let me know any other questions
B

Any movement on the NY wingwall monitoring points should have been noted in the measurements.  Those are the measurements we included as Attachment A to our comment.  NO CHANGES WERE NOTED.

In reviewing the photos on PDF page 71, again, while the inspection report claims there was movement on the NY wingwalls, NO CHANGES WERE NOTED IN THE MEASUREMENTS.

In addition, if you look at the measurement in the photo on PDF page 71 photo 122, it matches what is in the measurements, which

is consistent with prior measurements. Again, NO MOVEMENT.
———

Re: the language quoted by the news reporter from the inspection report – again, this goes to what I said above. If there was 3/8-inch movement, NO ONE RECORDED OR DOCUMENTED IT. The measurements in the report – the ACTUAL DATA – show NO movement.

Why does it say 3/8inch when there wasn't movement? I don't know. PennDOT and its inspector need to answer that question. Plus, 3/8 inch at one location isn't "rapid deterioration."


-----

# Hometown

## Crack in Skinner's Falls-Milanville Bridge monitored

**By Bob Tomaine**
WAYNE COUNTY BUREAU

The state Department of Transportation will monitor a crack in the bearing cap and abutment on a bridge over the Delaware River in Wayne County, and may schedule emergency repairs if the problem becomes more serious.

PennDOT Assistant Bridge Engineer Thomas Soya said during Wednesday's annual meeting of the New York-Pennsylvania Joint Interstate Bridge Commission that the crack on the New York side of the Skinner's Falls-Milanville Bridge was detected during the April joint inspection of the 10 Delaware River bridges by PennDOT and the New York Department of Transportation.

The two departments make up the bridge commission. PennDOT is responsible for bridges at Skinner's Falls and downstream, while NYDOT is responsible for those at Damascus and upstream.

The crack on the Skinner's Falls-Milanville Bridge is in both the mortar and the stonework, and PennDOT District Bridge Engineer Foster Sankey noted that, if the crack becomes worse, emergency repairs may involve casting a new wall in front of the existing one or jacking the bridge.

"The repair is not an easy repair," he said.

PennDOT District Engineer Charles Mattei said that, should the emergency repairs be required, an effort would be made to schedule them for sometime after Labor Day to avoid working on the span during the tourist season.

The commission also discussed the replacement project on the Lordville-Equinunk Bridge. NYDOT Regional Highway Maintenance Engineer Edward Day said PennDOT's share of the project cost, $2 million, has been deposited with New York state.

The commission had scheduled the replacement to begin in March 1990, but the project was held up when PennDOT determined in December 1989 that it could no longer identify its 50 percent share of the cost.

PennDOT's decision was met with an effort on both sides of the river to have the funding restored and the Pennsylvania State Transportation Commission voted to do so last July. NYDOT, the lead agency, has awarded a $2,492,687 construction contract to Barry, Bette, & Led Duke, Albany, N.Y., with a scheduled completion date of Sept. 30, 1992.

The entire cost for the project is listed at $3,475,110.16, and Day said Pennsylvania will be billed only for its share of the actual cost, with any difference to be returned. Mattei said PennDOT will look into using any money left over from the Lordville-Equinunk Bridge on the Kellams-Stalker Bridge, the next span downstream from Lordville-Equinunk.

The Kellams-Stalker Bridge was reopened last July, following a major rehabilitation project, and Day said that $151,113.30 is due NYDOT from PennDOT on the $1,761,973.58 project.

Day told the commission that the bridge will be posted with a 15-ton weight limit, and that a "headache bar" will be installed to limit clearance. Sankey noted that the bridge was seriously damaged several years ago by a truck believed to have been heavily overloaded.

Day also reported that painting was completed in July on the Cochecton-Damascus Bridge, at a cost of $298,468, while work to repair a scoured area of concrete on the Callicoon-Damascus Bridge was completed in October at a cost of $184,691.

The commission approved potential contracts to be let for major work on four of the bridges. Replacement of the deck on the Barryville-Shohola Bridge is listed for 1995 at a total cost of $1,430,000, while cleaning, inspection, and painting of structural steel on the Narrowsburg-Darbytown Bridge is scheduled for next year at a cost of $250,000.

Soya said the interiors of the arches on the bridge will be inspected. The bridge uses arches made of steel box girders, and Soya said the interiors apparently have never been inspected.

On the Port Jervis-Matamoras Bridge, sidewalks and railings will be replaced and the steel undercarriage painted in 1993 at a cost of $640,000, while structural steel on the Callicoon-Damascus Bridge will be cleaned and painted in 1992, at a cost of $300,000.

The general maintenance fund — essentially a budget — for work from April 1 to March 31, 1992, was approved by the commission. Maintenance costs will total $70,550 which, with the exception of work on the approaches to the bridges, will be split equally between the states. The Callicoon-Damascus and Hancock-Buckingham bridges will take the largest amounts, at $33,700 and $13,500, respectively. Each of the other spans is listed at less than $10,000.

# PennDOT will monitor crack in bridge over Delaware River

**By Bob Tomaine**
**WAYNE COUNTY BUREAU**

The state Department of Transportation will monitor a crack in the bearing cap and abutment on a bridge over the Delaware River in Wayne County, and may schedule emergency repairs if the problem becomes more serious.

PennDOT Assistant Bridge Engineer Thomas Soya said during Wednesday's annual meeting of the New York-Pennsylvania Joint Interstate Bridge Commission that the crack on the New York side of the Skinner's Falls-Milanville Bridge was detected during the April joint inspection of the 10 Delaware River bridges by PennDOT and the New York Department of Transportation.

The two departments make up the bridge commission. PennDOT is responsible for bridges at Skinner's Falls and downstream, while NYDOT is responsible for those at Damascus and upstream.

The crack on the Skinner's Falls-Milanville Bridge is in both the mortar and the stonework, and PennDOT District Bridge Engineer Foster Sankey noted that, if the crack becomes worse, emergency repairs may involve casting a new wall in front of the existing one or jacking the bridge.

"The repair is not an easy repair," he said.

PennDOT District Engineer Charles Mattei said that, should the emergency repairs be required, an effort would be made to schedule them for sometime after Labor Day to avoid working on the span during the tourist season.

The commission also discussed the replacement project on the Lordville-Equinunk Bridge. NYDOT Regional Highway Maintenance Engineer Edward Day said PennDOT's share of the project cost, $2 million, has been deposited with New York state.

The commission had scheduled the replacement to begin in March 1990, but the project was held up when PennDOT determined in December 1989 that it could no longer identify its 50 percent share of the cost.

PennDOT's decision was met with an effort on both sides of the river to have the funding restored and the Pennsylvania State Transportation Commission voted to do so last July. NYDOT, the lead agency, has awarded a $2,492,687 construction contract to Barry, Bette, & Led Duke, Albany, N.Y., with a scheduled completion date of Sept. 30, 1992.

The entire cost for the project is listed at $3,475,110.16, and Day said Pennsylvania will be billed only for its share of the actual cost, with any difference to be returned. Mattei said PennDOT will look into using any money left over from the Lordville-Equinunk Bridge on the Kellams-Stalker Bridge, the next span downstream from Lordville-Equinunk.

The Kellams-Stalker Bridge was reopened last July, following a major rehabilitation project, and Day said that $151,113.30 is due NYDOT from PennDOT on the $1,761,973.58 project.

Day told the commission that the bridge will be posted with a 15-ton weight limit, and that a "headache bar" will be installed to limit clearance.

Sankey noted that the bridge was seriously damaged several years ago by a truck believed to have been heavily overloaded.

Day also reported that painting was completed in July on the Cochecton-Damascus Bridge, at a cost of $298,468, while work to repair a scoured area of concrete on the Callicoon-Damascus Bridge was completed in October at a cost of $184,691.

The commission approved potential contracts to be let for major work on four of the bridges.

Replacement of the deck on the Barryville-Shohola Bridge is listed for 1995 at a total cost of $1,430,000, while cleaning, inspection, and painting of structural steel on the Narrowsburg-Darbytown Bridge is scheduled for next year at a cost of $250,000.

Soya said the interiors of the arches on the bridge will be inspected. The bridge uses arches made of steel box girders, and Soya said the interiors apparently have never been inspected.

On the Port Jervis-Matamoras Bridge, sidewalks and railings will be replaced and the steel undercarriage painted in 1993 at a cost of $640,000, while structural steel on the Callicoon-Damascus Bridge will be cleaned and painted in 1992, at a cost of $300,000.

The general maintenance fund — essentially a budget — for work from April 1 to March 31, 1992, was approved by the commission. Maintenance costs will total $70,550 which, with the exception of work on the approaches to the bridges, will be split equally between the states. The Callicoon-Damascus and Hancock-Buckingham bridges will take the largest amounts, at $33,700 and $13,500, respectively. Each of the other spans is listed at less than $10,000.

and here's our website post on it : https://www.damascuscitizensforsustainability.org/2025/01/02/dcs-opposes-destruction-of-historic-skinners-falls-bridge/

