Exhibit 8

| | |
|---|---|
| From: | Laurie Ramie |
| To: | Roman, Richard; Lolli, Amy M; James Rusak (james.rusak@dot.ny.gov); Gerling, Heather; Borgacci, Gary; Christine Klein (Christine.Klein@dot.ny.gov); Lisa Brozey (Lisa.Brozey@aecom.com); Skinners Falls Bridge; Lindsey Kurnath (Lindsey_Kurnath@nps.gov); Keith Winslow (Keith_Winslow@nps.gov); Carly_Marshall@nps.gov; Melissa Haviland; Steven Adams; Scott Rutledge; Karyle Woods; Gary Maas (gmaas@townofcochectonny.org); Lander's River Trips; Babinski, Gerard |
| Cc: | Fred Peckham; Jim Rodgers; Harold Roeder Jr.; Larry Richardson; Rebekah Creshkoff; Tim Newman; Jim Greier; Sean Nearing; Evan Padua; Cathleen Breen; Susan Sullivan; Christine Martin; Supervisor John Pizzolato (TownSupervisor@townofhighlandny.com); Nadia Rajsz; Frank Guzman; Virginia Dudko; Bill Dudko; Jeff Dexter; Al Henry; Alex Garcia-Maldonado (alejandro_garcia-maldonado@partner.nps.gov); Doug Case; Aaron Robinson; Roger Saumure; Patricia Jeffer; Michael Barth; Ryan Coulter (ryan.coulter@dec.ny.gov); Dugan, Timothy R; Dettore, Christine; Chris VanMaaren (chris.vanmaaren@dec.ny.gov); Kristen Bowman Kavanagh (kristen.b.kavanagh@drbc.gov); Kerry Engelhardt; Stephanie Driscoll; Barbara Arrindell (dcs@DamascusCitizens.org); Karen Meneghin; Jessica Weinman; Ingrid Peterec (ingrid_peterec@nps.gov); Shalkowski, Lonell; Simon, Mitch; Elias, David; Drumheller, Kaitlyn |
| Subject: | [External] RE: Urging Emergency Inspection of the Skinners Falls-Milanville Bridge |
| Date: | Wednesday, August 7, 2024 2:45:28 PM |
| Attachments: | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

**ATTENTION:** *This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the Report Phishing button in Outlook.*

We received a status update (8/6 & 7 calls) from PennDOT Bridge Department Engineer Gerard Babinski to the Upper Delaware Council's Aug. 2nd letter expressing concern over public safety due to the current condition of the Skinners Falls-Milanville Bridge. In summary, he stated:

- The PennDOT Wayne County Maintenance crew immediately responded on Friday and reported finding no imminent danger.
- PennDOT's consultant inspectors were called out on Saturday morning, 8/3. With that limited notice, they conducted a visual inspection from the ground up with the objective of identifying anything loose that could fall into the river, for example, finding a section of pedestrian railing and a 5-6 foot piece of a cross-frame sway brace under the stringers that had detached (as shown dangling in Jeff Dexter's photos we circulated on 8/3), which were removed. They provided preliminary photos of their visual inspection and are writing up a detailed report for PennDOT's analysis.
- A "hands-on" bridge inspection with rigging in place to examine the underside of the bridge in close proximity is being scheduled. That could take a few weeks to a

- month to arrange.
- The local PennDOT residency will inspect the bridge at least every two weeks to search for anything problematic.
- PennDOT will reach out to the National Park Service Upper Delaware Scenic and Recreational River and the New York State DOT to consult about any need to implement an Aid to Navigation Boater Safety Plan.
- Gerard expressed appreciation to the UDC for reaching out with this concern, assuring that "Anytime public safety is potentially compromised, we take action" as their highest priority.

**Laurie Ramie, Executive Director**
**Upper Delaware Council, Inc.**
**P.O. Box 192, 211 Bridge St.**
**Narrowsburg, NY 12764**
**(845) 252-3022; Fax 252-3359**
www.upperdelawarecouncil.org
laurie@upperdelawarecouncil.org

**From:** Roman, Richard <RIROMAN@pa.gov>
**Sent:** Tuesday, August 06, 2024 11:07 AM
**To:** Laurie Ramie <laurie@upperdelawarecouncil.org>; Lolli, Amy M <AMLOLLI@pa.gov>
**Cc:** Hazelton, Susan <shazelton@pa.gov>; Babinski, Gerard <gbabinski@pa.gov>; Borgacci, Gary <gborgacci@pa.gov>
**Subject:** RE: [External] Urging Emergency Inspection of the Skinners Falls-Milanville Bridge

*Laurie – staff is reviewing it now and hope to have something shortly.*

*Thank you,*

**Richard N. Roman, P.E.** | District Executive
Engineering District 4-0
PA Department of Transportation
55 Keystone Industrial Park Road | Dunmore, PA 18512
Phone:  570.963.4010 | Fax:  570.614.9257
www.PennDOT.pa.gov

> **From:** Laurie Ramie <laurie@upperdelawarecouncil.org>
> **Sent:** Tuesday, August 6, 2024 10:32 AM
> **To:** Roman, Richard <RIROMAN@pa.gov>; Lolli, Amy M <AMLOLLI@pa.gov>
> **Subject:** FW: [External] Urging Emergency Inspection of the Skinners Falls-Milanville Bridge

Good morning,

Do you have an estimated timeframe for when the consultant inspectors will provide you with their report of findings? Our board member did see them on site Saturday morning. In fact, he happened to be wearing a bright yellow shirt and a member of the public mistook him for being part of that crew, asking him questions.

Thank you,

Laurie

**Laurie Ramie, Executive Director**
**Upper Delaware Council, Inc.**
**P.O. Box 192, 211 Bridge St.**
**Narrowsburg, NY 12764**
**(845) 252-3022; Fax 252-3359**
www.upperdelawarecouncil.org
laurie@upperdelawarecouncil.org

---

**From:** Laurie Ramie <laurie@upperdelawarecouncil.org>
**Sent:** Saturday, August 03, 2024 10:50 AM
**Subject:** Re: [External] Urging Emergency Inspection of the Skinners Falls-Milanville Bridge

Rich - While we appreciate the prompt response by you and the Wayne County crew, see the attached example of at least one disconnected metal part that is hanging off the bridge. These photos were taken this morning (8/3) by our Damascus Township Representative Jeff Dexter. We await the next inspection results.

**Laurie Ramie, Executive Director**
**Upper Delaware Council, Inc.**
**P.O Box 192, 211 Bridge St.**
**Narrowsburg, NY 12764**
**(845) 252-3022; Fax (845) 252-3359**
www.upperdelawarecouncil.org?

---

**From:** Roman, Richard <RIROMAN@pa.gov>

**Sent:** Friday, August 2, 2024 4:20 PM
**Subject:** Re: [External] Urging Emergency Inspection of the Skinners Falls-Milanville Bridge

Thanks for the email Laurie.

This afternoon, our Wayne county bridge crew is on site checking for immediate safety concerns and have found none.

Tomorrow, August 3rd, PCS, our consultant inspectors for this bridge will be on site to evaluate and report back.

Thank you.

Rich Roman

_____

From: Laurie Ramie <laurie@upperdelawarecouncil.org>
Sent: Friday, August 2, 2024 2:54 PM
Subject: [External] Urging Emergency Inspection of the Skinners Falls-Milanville Bridge


ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the Report Phishing button in Outlook. <https://www.oa.pa.gov/Documents/Cofense-Report-Phishing-User-Guide.pdf>

August 2, 2024

Richard Roman, District Executive
Amy Lolli, Skinners Falls-Milanville Bridge Project Manager, Assistant Liaison Engineer
Pennsylvania Department of Transportation
Engineering District Office 4-0
55 Keystone Industrial Park
Dunmore, PA 18512-1516

RE:     Emergency Inspection of Skinners Falls, NY-Milanville, PA Bridge

Dear Mr. Roman and Ms. Lolli,

The Upper Delaware Council (UDC) urges PennDOT to conduct an immediate emergency inspection of Interstate Bridge #5 in the interest of public safety based on first-hand observations of heavily rusted metal parts falling into the Upper Delaware River.

The bridge's escalating deterioration creates a potential hazard for anyone passing underneath it. More than half of the metal substructure components are now reportedly

missing, and the fragile condition would easily be exacerbated by storm damage or debris hitting against it.

This notice for immediate attention follows a report given at last night's (August 1) UDC meeting by a board member who is a licensed fishing guide and regularly operates a boat in that popular river segment. His alarm over its safety extends to the river recreationists that continue to innocently paddle, float, swim, fish, or wade under the bridge. U.S. Rangers from the National Park Service (NPS) Upper Delaware Scenic and Recreational River are actively investigating the situation today.

Preventative and mitigation measures need to be enacted based on a professional engineering assessment. We believe these could include installing a tarping collection system underneath the bridge and implementing an emergency Boater Safety Plan in conjunction with the NPS. While nobody wants a further blight on our outstanding scenic values that are already compromised by the clutter of detour and emergency signs, dirt piles, and metal barricades surrounding the bridge, safety protection must be paramount.

The UDC remains dismayed over how protracted and costly (at nearly $4 million) this Planning and Environmental Linkages Study has been since the beloved historic bridge was closed to all traffic on October 16, 2019. It's inevitable that the bridge continues to structurally decay while awaiting the determination of its fate.

The Upper Delaware Council calls upon PennDOT and its partners to take every responsible action to assure that no people or natural resources are harmed in the meantime. Please report back accordingly.

Sincerely,
Laurie Ramie
UDC Executive Director
(845) 252-3022 or
laurie@upperdelawarecouncil.org<mailto:laurie@upperdelawarecouncil.org>


Cc:

James Rusak, NYS DOT Region 9 Regional Director
Heather Gerling, PennDOT Bureau of Project Delivery, Environmental Policy and Development
Gary Borgacci, PennDOT Bridge Engineer
Christine Klein, NYS DOT Regional Planning Office Local Programs Liaison
Lisa Brozey, AECOM Skinners Falls Bridge Project Manager
Lindsey Kurnath, NPS Upper Delaware Scenic and Recreational River Superintendent
Keith Winslow, NPS Upper Delaware Scenic and Recreational River Chief Ranger
Carly Marshall, NPS UDSRR Community Planner

Joe Canfield, Steve Adams, Scott Rutledge, Damascus Township Board of Supervisors
Gary Maas, Town of Cochecton Supervisor
Rick Lander, Lander's River Trips
Upper Delaware Council Delegates