Exhibit 10

| | | |
|---|---|---|
| **From:** | ███████ | |
| **Sent:** | Monday, October 14, 2024 12:44 PM | |
| **To:** | ███████ | |
| **Cc:** | ███████████████████████████████ | |
| **Subject:** | FW: BMS 63 1002 0230 0739 (BRKEY 35588) - Skinners Falls SR1002 over Delaware River | |
| **Attachments:** | Skinner Priority Photos - 10.14.2024.pdf; Lateral Bracing & J Hooks.pdf | |

Subject Bridge: BMS 63 1002 0230 0739 (BRKEY 35588) - Skinners Falls SR1002 over Delaware River



Our recent inspection of the subject bridge identified the changes in the condition ratings and priority maintenance recommendations as detailed below and in the attachments.  Although the bridge is closed to traffic, it is still recommended that action be taken to address the priority maintenance items identified for both the superstructure and substructure due to significant concerns regarding the safety to the public below the bridge.   Let me know if you have any questions or require additional information.



**AECOM**
625 West Ridge Pike, Suite E-100
Conshohocken, Pennsylvania 19428
aecom.com

**Delivering a better world**
LinkedIn | Twitter | Facebook | Instagram

---

**From:** ███████████████████████████
**Sent:** Monday, October 14, 2024 12:25 PM
**To:** ███████████████████████████
**Subject:** BMS 63 1002 0230 0739 (BRKEY 35588) - Skinners Falls SR1002 over Delaware River

BMS 63 1002 0230 0739
BRKEY  35588
Skinners Falls-Milanville Bridge
SR1002 over Delaware River

Based on the findings of the 10/7 thru 10/11/2024 inspection the following condition rating were changed:
**Superstructure Condition Rating** was lowered from "4-poor" to "2-critical". Due to severe corrosion to the bottom chord eye bars at the bearing locations, missing/crack pin retaining nuts, severe corrosion to the original stringers, severe corrosion/detached lower lateral bracing members, and severe misalignment with loss of bearing/frozen condition at the Abutment bearings.
**Substructure Condition Rating** was lowered from "2-critical" to "0-Failed" ("0-Failed" may be mitigated to "1-Imminent Failure" based on bridge being closed to all traffic). Due to significant deterioration to the Near and Far Abutment stone masonry abutments. The deterioration has caused a shift of the superstructure at the Far Abutment. There are wide cracks along the abutment wingwall interface. Several areas at both abutments have large areas of loose/missing stones and adjacent deep voids in the mortar joints.

We also identified the following priority maintenance recommendations.

**Priority 1:**

**61 – B744501 – Replace Steel Bearings**
The Near Abutment Bearings are over expanded with the sole plate walking off the nested rollers (up to 3"). The Far Abutment bearings are shifted to the left with the sole plate overhanging the nested rollers (up to 3.5").

IM03 – ACTION - Flexible- 61 – B744501 – Replace Steel Bearings
IM04 – EST.QTY. – 4 EA
IM05 – PRIORITY – 1
IM07 – STATUS – D– Deferred Work
IM09 – LOCATION – NAB & FAB
IM15 – Notes:  #1 N/A
#2 Critical Deficiency Letter sent (10/18/12    )
#3 Critical Deficiency Letter sent (11/25/13    )
#4 Critical Deficiency Letter sent (5/23/14    )
#5 Per discussion with PennDOT on 10/22/12, bridge is on the TIP and is to be rehabilitated in 2017. Deficiency will continue to be monitored on a 6 month basis until that time, to assure that the condition doesn't deteriorate into a PR0 maintenance item.
#6 Critical Deficiency Letters sent (11/5/14 and 11/7/14    )
#7 Critical Deficiency Letter sent (5/12/15    )
#8 Critical Deficiency Letter sent (11/12/15    )
#9 Critical Deficiency Letter (2/27/17    )
#10 Critical Deficiency Letter (5/17/17    )
#11 Priority 1 mitigated to a 2 due to bridge closure -
#12 Critical Deficiency Letter (10/14/2024)


**15 – C744802 – Repair Stone Masonry Wingwalls**
The Near Left, Near Right, Far Left, and Far Right wingwalls have significant loose and missing stones.

IM03 – ACTION - Flexible- 28 – B744802 – Repair Abutment
IM04 – EST.QTY. – 45 CY
IM05 – PRIORITY – 1
IM07 – STATUS – D– Deferred Work
IM09 – LOCATION – LNR, LFR
IM15 – Notes:  #1 N/A

#2 Critical Deficiency Letter sent (10/18/12 ▮)
#3 Critical Deficiency Letter sent (11/25/13 ▮)
#4 Critical Deficiency Letter sent (5/23/14 ▮)
#5 Per discussion with PennDOT on 10/22/12, bridge is on the TIP and is to be rehabilitated in 2017. Deficiency will continue to be monitored on a 6 month basis until that time, to assure that the condition doesn't deteriorate into a PR0 maintenance item.
#6 Critical Deficiency Letters sent (11/5/14 and 11/7/14 ▮)
#7 Critical Deficiency Letter sent (5/12/15 ▮)
#8 Critical Deficiency Letter sent (11/12/15 ▮)
#9 Critical Deficiency Letter (2/27/17 ▮)
#10 Critical Deficiency Letter (5/17/17 ▮)
#11 Combined duplicate entry dated 11/17/2012 for NLt WW and added FRt WW. Quantity updated to 30 CY.
#12 Priority 1 mitigated to a 2 due to bridge closure – ▮
#13 Critical Deficiency Letter sent, added NR and increased quantity to 45 CY (10/14/24)


**28 – B744802 – Repair Stone Masonry Abutment**
The Near and Far Abutments have significant loose and missing stones.

IM03 – ACTION - Flexible- 28 – B744802 – Repair Abutment
IM04 – EST.QTY. – 6 CY
IM05 – PRIORITY – 1
IM07 – STATUS – 0– Work not planned
IM09 – LOCATION – NAB & FAB
IM15 – Notes:  #1 N/A
#2 Routine inspection 10/14/24 recommends a Priority 1 for NAB & FAB loose and missing stones.


**54 – D744602 – Remove/Replace Lateral Bracing**
The lower lateral bracing in Span 1 & 2 had severe deterioration to the angle members.  Some are missing partial length or deflected down up to 12".  There are numerous loose "J" hooks that can be moved by hand and have gaps between the stringer bottom flange.  The lateral bracing and deck "J" hooks are a falling hazard and could jeopardize public safety below the bridge.  (Members able to be removed with minimal effort during the 10/2024 inspection were moved to the deck surface ~ 6 EA)

IM03 – ACTION - Flexible- 54 – D744602 – Remove/Replace Lateral Bracing
IM04 – EST.QTY. – 76 EA (13 Laterals & 63 "J" Hooks)
IM05 – PRIORITY – 1
IM07 – STATUS – 0– Work not planned
IM09 – LOCATION – Span 1 & 2
IM15 – Notes:  #1 N/A
#2 Routine inspection 10/14/24 recommends a Priority 1 for severely deteriorated lateral bracing and loose deck "J" hooks.

See attached photos and sketch of Priority defects.  Let me know if you have any questions.

▮▮▮▮▮

**AECOM**
625 West Ridge Pike
Suite E-100
Conshohocken, PA 19428, USA
T +1-610-234-5402
aecom.com