Exhibit 11



COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF TRANSPORTATION
HARRISBURG, PENNSYLVANIA 17120

December 16, 2024

Alicia Nolan, Division Administrator
Federal Highway Administration
30 North Third Street, Suite 700
Harrisburg, PA 17101

Dear Alicia Nolan,

Enclosed is a copy of the Declaration of Emergency, signed December 16, 2024, by Governor Shapiro for the removal of the Skinners Falls bridge on State Route 1002 over the Delaware River.

Should you have any questions or require additional information, please contact Gavin Gray, Chief Engineer, at 717.783.1190.

Sincerely,

Michael B. Carroll
Secretary of Transportation

Enclosure



# GOVERNOR JOSH SHAPIRO

December 16, 2024

Ms. Alicia Nolan
Division Administrator
Federal Highway Administration
228 Walnut Street, Room 508
Harrisburg, PA 17101-1720

Re: Declaration of Emergency in Relation to Skinners Falls

The Department of Transportation (Department) has identified an emergent need to remove the Skinners Falls Bridge on State Route 1002 over the Delaware River. Department inspections have identified deterioration of key bridge components, specifically steel trusses and the timber deck. Ultimately, the bridge was closed to traffic on October 17, 2019. Due to the condition of the bridge, the Department has been conducting inspections on an increased frequency since 2002. The most recent inspection revealed that one of the structure's abutments was failing. This continued deterioration of the Skinners Falls Bridge has been of such a rapid nature that removal of the structure has become necessary. The bridge poses risks to those below and downstream from the structure, including those using the Delaware River for recreational purposes.

Therefore, I, Josh Shapiro, Governor of the Commonwealth of Pennsylvania, do hereby declare an emergency to exist in Wayne County of the Commonwealth because of the deterioration of this bridge. This declaration is not a Proclamation of Disaster Emergency made under the authority vested in me pursuant to the Pennsylvania Constitution and Title 35 of the Pennsylvania Consolidated Statutes.

The immediate removal of the structure, while attempting to minimize impacts to the environmental resources, is vital to the security, well-being, and health of the citizens of the Commonwealth of Pennsylvania. The Federal Highway Administration Division Administrator is hereby requested to concur in the declaration of this emergency.

Given under my hand and the seal of the Governor, at the city of Harrisburg, this sixteenth day of December two thousand twenty-four, the year of the Commonwealth the two hundred forty-ninth.

Sincerely,

Governor Josh Shapiro