Exhibit 13

# Individual Section 4(f) Approach
# Skinners Falls Bridge
# Damascus Township, Wayne County, Pennsylvania
# Town of Cochecton, Sullivan County, New York
# January 14, 2025

There are five resources afforded protection under Section 4(f) within the Skinners Falls Bridge emergency project area:

- Skinners Falls Bridge — National Register of Historic Places (NRHP) Listed
- Milanville Historic District — NRHP Listed
- Upper Delaware Scenic and Recreational River (Delaware River)
- Pennsylvania Fish and Boat Commission (PAFBC) Water Trail (Delaware River)
- New York State Department of Environmental Conservation (NYSDEC) Parking Lot and Boat Launch

Initially PennDOT began to prepare four Programmatic or De Minimis Section 4(f) Evaluations for the resources:
- Historic Bridge Programmatic Section 4(f) Evaluation for Skinners Falls Bridge and Milanville Historic District
- De Minimis Section 4(f) Evaluation for Upper Delaware Scenic and Recreational River (Delaware River)
- De Minimis Section 4(f) Evaluation for PAFBC Water Trail (Delaware River)
- De Minimis Section 4(f) Evaluation for NYSDEC Parking Lot and Boat Launch

Upon further consideration, FHWA decided that, at least for some resources, the project does not fully meet the criteria for a de minimis or programmatic Section 4(f) approach. FHWA and PennDOT decided to prepare one Individual Section 4(f) Evaluation that includes all five of the resources. Due to the project being declared an emergency by the Pennsylvania governor, and in keeping with FHWA policy, the Individual Section 4(f) Evaluation will be prepared as the project progresses.

The Individual Section 4(f) Evaluation will be prepared in accordance with:

- Department of Transportation Regulations (23 CFR 774),
- FHWA's Section 4(f) Policy Paper, (https://www.environment.fhwa.dot.gov/legislation/section4f/4fpolicy.aspx),
- and PennDOT's *Publication No. 349: Section 4(f)/Section 2002 Handbook* (https://www.pa.gov/content/dam/copapwp-pagov/en/penndot/documents/public/pubsforms/publications/pub%20349.pdf).

The Evaluation will include a description of the proposed action, the project purpose and need, description of the Section 4(f) resources, alternatives analysis (including the assessment of least overall harm), and coordination with the Officials with Jurisdiction (OWJ).

The OWJs for the project are:

- Skinners Falls Bridge — Pennsylvania State Historic Preservation Office (SHPO) & New York State SHPO
- Milanville Historic District — Pennsylvania SHPO
- Upper Delaware Scenic and Recreational River — National Park Service
- PAFBC Water Trail — Pennsylvania Fish and Boat Commission
- NYSDEC Parking Lot and Boat Launch — New York State Department of Environmental Conservation (NYSDEC).

The Individual Section 4(f) Evaluation is currently being prepared but will not be finalized until the Section 106 process is completed. PennDOT and FHWA will coordinate with all the OWJs as the evaluation is prepared to ensure that the use of the resources and mitigation are fully documented. The coordination will be documented via meeting minutes and included as part of the evaluation.

The Draft Individual Section 4(f) Evaluation will be circulated to the OWJs and the public for a 45 day comment period which will also serve as the public comment period.

PennDOT and FHWA will address the comments received in the Final Individual Section 4(f) Evaluation. The Final Categorical Exclusion Evaluation will also be sent to the OWJs.