Exhibit 14

| | |
|---|---|
| Subject: | Re: DCS (Section 106 Consulting Party) Comment Letter - Skinners Falls Bridge (#122260) - in response to request for comments |
| Date: | Tuesday, March 4, 2025 at 6:13:37 PM Eastern Standard Time |
| From: | Lauren Williams <lmw@greenworkslawconsulting.com> |
| To: | Brofee, Neal <nbrofee@pa.gov> |
| CC: | Skinnersfallsbridge@aecom.com <skinnersfallsbridge@aecom.com>, Gerling, Heather <hgerling@pa.gov>, Thompson, Kristina L <krthompson@pa.gov>, Lolli, Amy M <AMLOLLI@pa.gov>, Russell, Kara <krussell@pa.gov>, Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>, Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>, Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>, Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>, FHWA-FPO@dot.gov <FHWA-FPO@dot.gov>, david.clarke@dot.gov <david.clarke@dot.gov>, Powell, Vanessa (FHWA) <vanessa.powell@dot.gov>, nathan.baccus@dot.gov <nathan.baccus@dot.gov>, Frederick, Barbara <bafrederic@pa.gov>, Guyton, Tyra <tyguyton@pa.gov>, sara.mcivor@parks.ny.gov <sara.mcivor@parks.ny.gov>, jloichinger@achp.gov <jloichinger@achp.gov>, rmangum@achp.gov <rmangum@achp.gov>, kmiller@achp.gov <kmiller@achp.gov>, Kovatis, Stephen (GC) <skovatis@pa.gov>, Lindsey_Kurnath@nps.gov <lindsey_kurnath@nps.gov>, Thomas_Kearns@nps.gov <Thomas_Kearns@nps.gov>, todd.a.schaible@usace.army.mil <todd.a.schaible@usace.army.mil>, PhiladelphiaDistrictRegulatory@usace.army.mil <PhiladelphiaDistrictRegulatory@usace.army.mil>, szewing_yu@fws.gov <szewing_yu@fws.gov>, laurie@upperdelawarecouncil.org <laurie@upperdelawarecouncil.org>, nathan@historicbridges.org <nathan@historicbridges.org>, B. Arrindell <Director@DamascusCitizens.org> |
| Attachments: | image001.png |

Respectfully, that is not correct. If you listen to the actual audio, he specifically mentioned the NY abutment, not the ratings that you claim he was referring to.

Lauren

Sent from Outlook for iOS

Lauren M. Williams, Esq.

Greenworks Law and Consulting LLC

8 Atkinson Drive #1746

Doylestown, PA 18901

Office Phone/Fax: 267-360-6188

Email: lmw@greenworkslawconsulting.com


Pronouns: she/her/they/them


*Licensed to practice only in Pennsylvania*


THIS MESSAGE AND ANY ATTACHED DOCUMENTS MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AUTHORIZED AGENT OF THE INTENDED RECIPIENT, PLEASE DO NOT READ, DISTRIBUTE, COPY, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS MESSAGE AND ALL ATTACHMENTS.

**From:** Brofee, Neal <nbrofee@pa.gov>
**Sent:** Tuesday, March 4, 2025 5:00:14 PM
**To:** Lauren Williams <lmw@greenworkslawconsulting.com>
**Cc:** Skinnersfallsbridge@aecom.com <skinnersfallsbridge@aecom.com>; Gerling, Heather <hgerling@pa.gov>; Thompson, Kristina L <krthompson@pa.gov>; Lolli, Amy M <AMLOLLI@pa.gov>; Russell, Kara <krussell@pa.gov>; Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>; Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>; Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>; Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>; FHWA-FPO@dot.gov <FHWA-FPO@dot.gov>; david.clarke@dot.gov <david.clarke@dot.gov>; Powell, Vanessa (FHWA) <vanessa.powell@dot.gov>; nathan.baccus@dot.gov <nathan.baccus@dot.gov>; Frederick, Barbara <bafrederic@pa.gov>; Guyton, Tyra <tyguyton@pa.gov>; sara.mcivor@parks.ny.gov <sara.mcivor@parks.ny.gov>; jloichinger@achp.gov <jloichinger@achp.gov>; rmangum@achp.gov <rmangum@achp.gov>; kmiller@achp.gov <kmiller@achp.gov>; Kovatis, Stephen (GC) <skovatis@pa.gov>; Lindsey_Kurnath@nps.gov <lindsey_kurnath@nps.gov>; Thomas_Kearns@nps.gov <Thomas_Kearns@nps.gov>; todd.a.schaible@usace.army.mil <todd.a.schaible@usace.army.mil>; PhiladelphiaDistrictRegulatory@usace.army.mil <PhiladelphiaDistrictRegulatory@usace.army.mil>; szewing_yu@fws.gov <szewing_yu@fws.gov>; laurie@upperdelawarecouncil.org <laurie@upperdelawarecouncil.org>; nathan@historicbridges.org <nathan@historicbridges.org>; B. Arrindell <Director@DamascusCitizens.org>
**Subject:** RE: Re: DCS (Section 106 Consulting Party) Comment Letter - Skinners Falls Bridge (#122260) - in response to request for comments

Thank you, Lauren.

District Executive Richard Roman was referring to the condition ratings when he commented that the findings from the January 2025 Quality Assurance Inspection are the same as the October 2024 inspection. The condition ratings did not change between the inspections. In addition to confirming the results of the October 2024 Inspection, the January 2025 inspection also found evidence of continued deterioration.

Here is relevant language from page 6 of the January 2025 inspection report.

"The main concern identified during the January 2025 inspection is the increase in movement at the far-left truss bearing and associated movement at the far left wingwall below the far-left truss bearing. These noted increases indicate that the far abutment and far left bearing areas are actively moving between inspections. Based on the evidence of frozen expansion bearings it is reasonable to conclude that the expansion and contraction forces encountered by the truss are being translated directly into the abutment without mitigation or reduction in forces from the bearings. The expansion and contraction forces are unanticipated forces of which stone masonry abutments are not designed to handle. These movements coupled with the visible racking of the far portal are conditions that require very close monitoring and would justify the severe condition rating of the substructures, specifically the far abutment."

Have a good evening.



**Neal T. Brofee** | Environmental Counsel
Governor's Office of General Counsel

Department of Transportation | Office of Chief Counsel
Department of Transportation | Office of Chief Counsel
400 North Street | P.O. Box 8212 | Harrisburg, PA 17105-8212
Phone: 717.787.3128
nbrofee@pa.gov | www.penndot.pa.gov

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Lauren Williams <lmw@greenworkslawconsulting.com>
**Sent:** Monday, March 3, 2025 3:41 PM
**To:** Brofee, Neal <nbrofee@pa.gov>
**Cc:** Skinnersfallsbridge@aecom.com; Gerling, Heather <hgerling@pa.gov>; Thompson, Kristina L <krthompson@pa.gov>; Lolli, Amy M <AMLOLLI@pa.gov>; Russell, Kara <krussell@pa.gov>; Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>; Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>; Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>; Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>; FHWA-FPO@dot.gov; david.clarke@dot.gov; Powell, Vanessa (FHWA) <vanessa.powell@dot.gov>; nathan.baccus@dot.gov; Frederick, Barbara <bafrederic@pa.gov>; Guyton, Tyra <tyguyton@pa.gov>; sara.mcivor@parks.ny.gov; jloichinger@achp.gov; rmangum@achp.gov; kmiller@achp.gov; Kovatis, Stephen (GC) <skovatis@pa.gov>; Lindsey_Kurnath@nps.gov; Thomas_Kearns@nps.gov; todd.a.schaible@usace.army.mil; PhiladelphiaDistrictRegulatory@usace.army.mil; szewing_yu@fws.gov; laurie@upperdelawarecouncil.org; nathan@historicbridges.org; B. Arrindell <Director@DamascusCitizens.org>
**Subject:** [External] Re: DCS (Section 106 Consulting Party) Comment Letter - Skinners Falls Bridge (#122260) - in response to request for comments

*ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown senders. To report suspicious email, use the Report Phishing button in Outlook.*

Mr. Brofee,

As a follow-up to the inspection report that you provided last month, we note that Mr. Roman, in a February 25, 2025 interview, when specifically asked about whether the January 2025 inspection report found anything new, said the following:

    (1) there were no new findings in January 2025 vs. October 2024, and

    (2) that the independent QA inspection in January 2025 "showed the same findings that our October inspection did" and "mimicked what we found in October".

    The interview during which he made these statements is available here, with the question and response beginning around 00:47: https://wjffradio.org/skinners-falls-bridge-removal-pushed-to-mid-march-due-to-river-ice/

As DCS has previously explained, the October inspection – as redacted by PennDOT – did not show the rapid deterioration that PennDOT claims has occurred.

Lauren Williams

-----
Lauren M. Williams, Esq.
Greenworks Law and Consulting LLC

8 Atkinson Drive #1746
Doylestown, PA 18901
Office Phone/Fax: 267-360-6188
Email: lmw@greenworkslawconsulting.com

Pronouns: she/her/they/them

*Licensed to practice only in Pennsylvania*

THIS MESSAGE AND ANY ATTACHED DOCUMENTS MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AUTHORIZED AGENT OF THE INTENDED RECIPIENT, PLEASE DO NOT READ, DISTRIBUTE, COPY, OR USE THIS INFORMATION.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS MESSAGE AND ALL ATTACHMENTS.

---

**From:** Brofee, Neal <nbrofee@pa.gov>
**Date:** Tuesday, February 4, 2025 at 2:35 PM
**To:** Lauren Williams <lmw@greenworkslawconsulting.com>
**Cc:** Skinnersfallsbridge@aecom.com <skinnersfallsbridge@aecom.com>, Gerling, Heather <hgerling@pa.gov>, Thompson, Kristina L <krthompson@pa.gov>, Lolli, Amy M <AMLOLLI@pa.gov>, Russell, Kara <krussell@pa.gov>, Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>, Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>, Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>, Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>, FHWA-FPO@dot.gov <FHWA-FPO@dot.gov>, david.clarke@dot.gov <david.clarke@dot.gov>, Powell, Vanessa (FHWA) <vanessa.powell@dot.gov>, nathan.baccus@dot.gov <nathan.baccus@dot.gov>, Frederick, Barbara <bafrederic@pa.gov>, Guyton, Tyra <tyguyton@pa.gov>, sara.mcivor@parks.ny.gov <sara.mcivor@parks.ny.gov>, jloichinger@achp.gov <jloichinger@achp.gov>, rmangum@achp.gov <rmangum@achp.gov>, kmiller@achp.gov <kmiller@achp.gov>, Kovatis, Stephen (GC) <skovatis@pa.gov>, Lindsey_Kurnath@nps.gov <lindsey_kurnath@nps.gov>, Thomas_Kearns@nps.gov <Thomas_Kearns@nps.gov>, todd.a.schaible@usace.army.mil <todd.a.schaible@usace.army.mil>, PhiladelphiaDistrictRegulatory@usace.army.mil <PhiladelphiaDistrictRegulatory@usace.army.mil>, szewing_yu@fws.gov <szewing_yu@fws.gov>, laurie@upperdelawarecouncil.org <laurie@upperdelawarecouncil.org>, nathan@historicbridges.org

<nathan@historicbridges.org>, B. Arrindell <Director@DamascusCitizens.org>
**Subject:** RE: DCS (Section 106 Consulting Party) Comment Letter - Skinners Falls Bridge (#122260) - in response to request for comments

Good afternoon, Ms. Williams.

You previously requested bridge inspection reports. I've attached a redacted copy of the report from a recently completed Quality Assurance Bridge Inspection of the Skinner's Fall Bridge. This QA inspection was performed by Michael Baker Int'l, a contractor independent from AECOM. The QA Inspection confirmed that the substructure rating is 0 (failed) and the superstructure rating is 2 (critical). The QA Inspection also identified increased movement since the October inspection at the far-left truss bearing and associated movement at the far left wingwall (NY abutment) below the truss bearing. See pages 6, 25 and 32.

Thank you.

**Neal T. Brofee** | Environmental Counsel
Governor's Office of General Counsel
Department of Transportation | Office of Chief Counsel
Department of Transportation | Office of Chief Counsel
400 North Street | P.O. Box 8212 | Harrisburg, PA 17105-8212
Phone: 717.787.3128
nbrofee@pa.gov | www.penndot.pa.gov

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Lauren Williams <lmw@greenworkslawconsulting.com>
**Sent:** Monday, February 3, 2025 11:08 PM
**To:** nbrofee@pa.gov; Skinnersfallsbridge@aecom.com; hgerling@pa.gov; krthompson@pa.gov; amlolli@pa.gov; krussell@pa.gov; Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>; Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>; Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>; Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>; FHWA-FPO <FHWA-FPO@dot.gov>; Clarke, David (FHWA) <david.clarke@dot.gov>; Powell, Vanessa (FHWA) <Vanessa.Powell@dot.gov>; Baccus, Nathan (FHWA) <nathan.baccus@dot.gov>
**Cc:** bafrederic@pa.gov; tyguyton@pa.gov; sara.mcivor@parks.ny.gov; jloichinger@achp.gov; rmangum@achp.gov; kmiller@achp.gov; skovatis@pa.gov; lindsey_kurnath@nps.gov; Thomas_Kearns@nps.gov; todd.a.schaible@usace.army.mil; PhiladelphiaDistrictRegulatory@usace.army.mil; szewing_yu@fws.gov; laurie@upperdelawarecouncil.org; nathan@historicbridges.org; B. Arrindell <Director@DamascusCitizens.org>
**Subject:** DCS (Section 106 Consulting Party) Comment Letter - Skinners Falls Bridge (#122260) - in response to request for comments

Some people who received this message don't often get email from lmw@greenworkslawconsulting.com. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Please see the attached comment letter, and documents for inclusion in the administrative record.  If you have any difficulty accessing or downloading the referenced documents, please contact us promptly.

Thank you.
Lauren Williams

-----
Lauren M. Williams, Esq.
Greenworks Law and Consulting LLC

8 Atkinson Drive #1746
Doylestown, PA 18901
Office Phone/Fax: 267-360-6188
Email: lmw@greenworkslawconsulting.com

Pronouns: she/her/they/them

*Licensed to practice only in Pennsylvania*

THIS MESSAGE AND ANY ATTACHED DOCUMENTS MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION.  IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AUTHORIZED AGENT OF THE INTENDED RECIPIENT, PLEASE DO NOT READ, DISTRIBUTE, COPY, OR USE THIS INFORMATION.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS MESSAGE AND ALL ATTACHMENTS.