Exhibit 15

██████████████████████████████
██ ████████████████████████████████
██ █████████████████████████
██ ███████████████████████████████

████████████████

**From:** "Nathan Holth" <nathan@historicbridges.org>
**Subject: Re[2]: Skinner Falls**
**Date:** April 4, 2025 at 12:39:25 PM EDT
**To:** "Barbara Arrindell" ████████████████████████
**Reply-To:** "Nathan Holth" <nathan@historicbridges.org>

Barbara,
I started photographing bridges in Pennsylvania for the website in 2004, and from that point to today, I have accumulated photos of a large number of historic bridges in Pennsylvania, although certainly not all of them. However, I do believe I managed to make it to the majority of highly significant historic bridges, like the Skinners Falls Bridge over those years. And over those years, those highly significant bridges have been decimated by PennDOT.

Here is list of bridges in Pennsylvania that I photographed that are now demolished on HistoricBridges.org:
https://historicbridges.org/penndot.htm
This is a special list I put together just for you and uploaded to the website, its a list that shows the demolished bridges starting with the rarest and most significant historic bridges at the top, based on my rating system.

So my list has 205 bridges. That is just from 2004-2025 among the bridges I managed to get added to the website. So the actual number of demolished historic bridges would be larger of course. But I think this gives you a sense of what Pennsylvania has lost over the past 20 years, and why I see the Skinners Falls Bridge as one of the final last remaining truly unique/special historic truss bridges. Because all the others have been demolished.

Thanks,
-Nathan Holth

=======================================
**Nathan Holth**
Author/ Photographer/Webmaster
-----**HistoricBridges.org**-----
*"Promoting the Preservation Of Our Transportation Heritage"*
------------------------------------------------------

nathan@historicbridges.org
www.historicbridges.org

================================================
**Disclaimer:** HistoricBridges.org is a volunteer group of private citizens.  HistoricBridges.org is NOT a government agency, does not represent or work with any governmental agencies, nor is it in any way associated with any government agency or any non-profit organization. While we strive for accuracy in our factual content,  HistoricBridges.org offers no guarantee of accuracy. Opinions and commentary are the opinions of the respective  HistoricBridges.org member who made them and do not necessarily represent the views of anyone else.  HistoricBridges.org does not bear any responsibility for any consequences resulting from the use of this communication or any other  HistoricBridges.org information. Owners and users of bridges have the responsibility of correctly following all applicable laws, rules, and regulations, regardless of any  HistoricBridges.org communications or information.
================================================

