Exhibit 17

# Package Document

---

## Funding

**Federal Funding?** Yes     **Federal Oversight?** No     Federal Oversight Agreement (June 2015)

---

## Type

**Is this project being documented as an emergency project?**   ⦿ Yes ○ No

**Is there a formal Emergency Declaration by either the President of the United States or the Governor of PA?**   ⦿ Yes ○ No     In accordance with 23 CFR 771.117(c), actions that qualify as an emergency repair under 23 USC 125 can be documented as a Level 1a CE under item #9.

For emergency repairs, after generating the package, use the Add Appendix button to attach the Damage Inspection Report (DIR).

**Which type of repair does this project involve?**   ☑ Emergency ☐ Permanent

**Phase:** Reevaluation

**Classification:** Categorical Exclusion (Class II)

**CE Level:** 1a

**CE Action:**

☐ 01 ☐ 02 ☐ 03 ☐ 04 ☐ 05 ☐ 06 ☐ 07 ☐ 08
☑ 09 ☐ 10 ☐ 11 ☐ 12 ☐ 13 ☐ 14 ☐ 15 ☐ 16
☐ 17 ☐ 18 ☐ 19 ☐ 20 ☐ 21 ☐ 22 ☐ 23 ☐ 24
☐ 25 ☐ 26 ☐ 27 ☐ 28 ☐ 29 ☐ 30 ☐ DOE EV

List

**Reevaluation Reason:**
☑ Change in scope, impacts and/or mitigation.
☐ Three or more years since major authorization or phase change.
☐ Other:

**Summary of Reevaluation Changes by Document**


**Part A: General Project Identification and Description**

Updates to project description regarding QA bridge safety inspection and alternatives analysis. Updated railroad coordination section to reflect asphalt/stone wedge and railroad flagging. Added FHWA concurrence of the Governor's Declaration, the QA bridge inspection report and alternatives analysis as attachments to this section.


**Part B: Section A-1**

Added information on project impacts to streams, rivers and watercourses as a result of the development of PADEP permit applications. Added information to the impacts and mitigaiton section under Federal Wild and Scenic Rivers to reflect the Section 7a letter received from NPS. Added ATON impacts and mitigation to the Navigable Waterways Section .Added impacts to wetlands as a result of the development of PADEP pemit applications. Added impacts and remarks to the floodplain section as a result of the PADEP permit application. Added the NPS Section 7a letter, PFBC ATON approval and ATON plan as attachments to this section.

**Part B: Section A-2**

Added information on project impacts and mitigation measures to the vegetation section pertaining to invasive species presence and impacts as a result of agency coordination. Added temporary impacts and mitigation measures to the parks and recreation facilities section as a result of design progression, NPS SUP permits and NYSDEC TRP permits. Added the NPS SUP and the NYSDEC TRP as attachments to this section.

**Part B: Section A-3**

Added information under other mitigation to describe additional coordination with USFWS that occurred in December, 2024 and January, 2025. Added additional mitigation measures that will be implemented during construction. Added the letter from FHWA to USFWS listing mussel coordination commitments and next steps.

**Part B: Section A-4**

Removed statement that the project is exempt under B.9 of Appendix A of the Section 106 PA. Added information in the mitigation section pertaining to saving stones from the NY abutment and pier, as well as saving decorative pieces of the truss for potential ownership by local historic agencies. Added information in the remarks section to reflect the additional coordination that occurred in December 2024 and January 2025 with PA SHPO, NYSHPO, ACHP and the tribal nations. Added a statement that the virtual consulting parties meeting was held on 2/11/2025. Added the ACHP Section 106 e-form and attachments, ACHP letter on Emergency Procedures Extension, Section 106 Effects Memo, NYSHPO Response Letter, PA SHPO response letter, Tribal Notification on Effects, and Cultural Agencies coordinaiton meeting minutes.

**Part B: Section A-5**

Added information under impacts to document the decision to proceed with an Individual Section 4(f) evaluation under emergency procedures.

**Part B: Section B**

Added Remarks regarding consistency under Section 7a of the Wild and Scenic Rivers Act.

**Part B: Section C**

Added the date of the virtual consulting parties meeting. Added the Section 7a requirement for continued public involvement during the evaluation of an alternative crossing,

**Part B: Section D**

Added remarks and attachments to state that the USACE NWP-3, the PADEP emergency permit, the NYSDEC emergency permit have been received.

**Part B: Section E**

Added the ECMTS mitigation tracking spreadsheet.

**Confirmation of Reevaluation Classification and Level**

☑ Upon reevaluation, as supported by the attached documentation, this project qualifies as a <u>CE Level 1a</u>.

---

## Projects

**PDOT Project Manager:**    Amy M Lolli

**Federal Project Number:**    T046-308-Y233

### MPMS Projects

| Lead? | Status/Title | District/County | SR/Sec | Description | |
|-------|-------------|-----------------|--------|-------------|---|
| ☑ 122260 | Programmed / **SR 1002 ov Delaware River 2024** | 04 / Wayne | 1002 / E24 | Bridge rehabilitation/replacement on State Route 1002 (Milanville Road, Kellow Road County Bridge #5) over Delaware River in Damascus Township, Wayne County. | |

*The last time MPMS data was added or refreshed was on Wednesday, 06 November 2024 03:04 PM.*

### Project Funding & Fiscal Constraint

| MPMS | FD $ | ROW $ | UTL $ | CON $ | TIP | LRTP Date |
|------|------|-------|-------|-------|-----|-----------|
| 122260 | | | | 6,000,000 | FFY 2025 Wayne TIP | |

For federally funded projects where the construction phase (and if needed, ROW and/or utilities phases) is not programmed on the current TIP, remarks provide a detailed reference to the current LRTP identifying full funding for the project.

"LRTP Date" is the date of the last adopted Long Range Transportation Plan.

Refer to **May 2017 FHWA "Memorandum Clarifying Fiscal Constraint."** See the help files for more detailed information.

## Editors

**Names & Groups:**
- Amy M Lolli/PennDOT
- Daniel Radle/PennDOT BP-000324
- Gretchen Yarnall/PennDOT BP-003813
- Heather Martin/PennDOT BP-000324
- John A Ames/PennDOT
- Katherine M Farrow/PennDOT BP-003813
- Kevin W Mock/PennDOT
- Lisa Brozey/PennDOT BP-000324
- Mark Lombard/PennDOT BP-000324
- Michael Landis/PennDOT BP-000324
- Steve Wittig/PennDOT BP-000324
- All District 04 Users

## Reviewers

| | System User Names | Non-System / Other Addresses |
|---|---|---|
| **Notify These Additional Emails Upon Approval:** | Catherine A Daniels/PennDOT | upde_permits@nps.gov |
| | Gregory P Augustine/PennDOT | Kyle.Somerville@dot.ny.gov |
| | Heather N Gerling/PennDOT | Christine.Klein@dot.ny.gov |
| | John A Ames/PennDOT | steve.cammisa@dot.ny.gov |
| | Susan E Hazelton/PennDOT | benjamin.harvey@dot.ny.gov |
| | Thomas M Opalka/PennDOT | gbabinski@pa.gov |

Package was submitted on Friday, 21 February 2025 04:46 PM by John A Ames/PennDOT

| | Email Notify | Reviewed By | Date/Time |
|---|---|---|---|
| **EM:** | John A Ames/PennDOT | John A Ames/PennDOT | Fri, 02/21/25 04:47 PM |

# Categorical Exclusion Reevaluation

**MPMS:**  122260

**Project:**  SR 1002 ov Delaware River 2024



**SR/Section:**  1002 / E24

**County:**  Wayne

**District:**  04

**CE Level:**  1a

**CE Action:**  09

**Created:**  02/19/25 by John A Ames

**Submitted:**  02/21/25 by John A Ames

**Approved:**  02/21/25 by John A Ames

## Project Identification

**Part A Prepared By:**       Kate Farrow
                              Drew Ames
                              Steve Wittig

**Originating Office:**       District 04                          **Date:** 02/20/25

**Federal Project Number:**   T046-308-Y233

**Township/Municipality:**    Damascus Township

**Local Name:**               SR 1002 ov Delaware River 2024

**Limits of Work (Segment/Offset)**                 **Construction Stations**

**Start:**                 **End:**                 **Start:**              **End:**
0230/0739                  0230/1206                1+00                    4+67

**Total Length:** 467 ft

**Program:**   Federal Bridge Off-   **Funding:**   **federal** 100   **state** 0   **local** 0   **other** 0
               System (BOF)

**Date of First Federal Authorization for Preliminary Engineering:**                          N/A

**Date of Federal Authorization Time Extension(s) for Preliminary Engineering (if applicable):**   N/A

**Reevaluation Reason:**   Change in scope, impacts and/or mitigation.

## Project Description

Include narrative to describe the general project scope of work.
Attach Location Map(s) and Design Plan (only overview and sheets showing limits of work).

Bridge removal on State Route 1002 over Delaware River in Damascus Township, Wayne County.

The Pennsylvania Department of Transportation (PennDOT) District 4-0 has announced the emergency removal of the historic Skinners Falls Bridge over the Delaware River in the interest of public safety. This decision comes after thorough bridge inspections revealed significant structural concerns that pose an imminent risk to the boaters using the Delaware River, the community and the integrity of the bridge. PennDOT is committed to ensuring the safety of all residents, visitors and the boating public.

The project consists of the removal of the Skinners Falls Bridge (S.R. 1002) over the Delaware River in Damascus Township, Wayne County, PA and Town of Cochecton, Sullivan County, NY. The existing Skinners Falls Bridge is a single-lane, 466-foot 6-inch, two-span, Baltimore through truss bridge, which was constructed in 1901 and 1902 and is owned by the New York-Pennsylvania Joint Interstate Bridge Commission (JIBC). Multiple rehabilitation projects and emergency repairs have taken place since 1902. The bridge was closed to all traffic, including pedestrians, in October 2019 due to safety concerns.  A range of alternatives was examined in late 2024-early 2025, which resulted in the selection of the bridge removal alternative (see attached).

The biennial NBIS inspection was performed using rope access and completed in mid-October 2024. (The regularly scheduled inspection was to be in November, but it was moved a month early.) Priority notifications were submitted to PennDOT on October 14, 2024 and the full inspection report was submitted to PennDOT on October 22, 2024.  In summary, the inspection findings recommended the condition rating for the superstructure be lowered from a '4 - Poor' to a '2 - Critical' and for the substructure from a '2 - Critical' to a '0 – Failed'.  The masonry substructure units were being monitored at an increased frequency due to loss of mortar and cracking through several courses of stone.

On January 28, 2025, a QA Bridge Safety Inspection was performed at PennDOT's request (see attached). This inspection was conducted to document the condition of the structure with a focus on the deck, floor system and stone masonry abutments. The overall condition of the structure encountered during the January 2025 inspection was similar to that of the previous inspection performed in October 2024, although several significant changes were noted.  The January 2025 inspection also noted the far portal of the truss to be visibly racked, increases in displacement of the previously established monitoring locations ranging from 0" to 0.5", and an increase in movement of the far-left truss bearing and associated movement at the far left wingwall below the far-left truss bearing. These noted increases indicate that the far abutment and the far left bearing areas are actively moving between inspections.

Winter conditions (freeze thaw cycles) create a concern of causing a collapse of the NY abutment and collapse of the truss into the Delaware River. An uncontrolled collapse of the bridge presents a threat to public health and safety, property, and environmental resources. This presents a public safety risk for anyone that is around the bridge, in the river, upstream, or downstream.

On December 16, 2024, PA Governor Shapiro issued a declaration of emergency in relation to Skinners Falls (attached). On December 17, 2024 FHWA concurred with the Governor's declaration (attached).

## Project Purpose and Need

Include narrative to describe the project need.

The project purpose is to address the failed condition of the bridge and prevent uncontrolled collapse of the structure.

The project needs are:

1. The structure current overall inspection condition rating is 0 (failed). The deck condition rating is 4 (poor). The superstructure condition rating is 2 (critical). The substructure condition rating is 0 (failed).

2. The existing condition poses a danger to public use of the Delaware River near/under the structure.

## Project Setting and Distinct Project Features

Provide narrative to adequately describe the project setting (terrain, locale, land use, presence of bicycle/pedestrian or other unique facilities, etc.) and support the evaluation.  Any additional information not otherwise covered by this form that is necessary to clearly understand project circumstances should also be included in this section.  Narrative should be appropriate for the complexity of the CEE and project circumstances with the length and content varying accordingly.

The village of Milanville, Pennsylvania, sits on the western shore of the Delaware River. The northwestern quadrant to the west of the bridge is residential and includes the Milton Skinner house and associated barn. The house is located on the west side of SR 1002 and the barn is located on the east side of the road. The Town of Cochecton, New York sits on the eastern shore of the Delaware River. The southeast quadrant of the project area includes the Lothian Bed and Breakfast/Lou's Tubes, which provides inner tube rentals, lodging, and an antique shop. Lander's Campground and River Trips, located within the northeastern quadrant offers kayak, raft, and inner tube rentals, and a campground and snack shop.

This area is a tourist destination for access to the Delaware River and Skinners Falls, which are immediately downstream of the Skinners Falls Bridge. The Skinners Falls Bridge is significant to the community and the Upper Delaware Region.

The project is within the Upper Delaware Scenic and Recreational River unit as designated by the United States National Park Service (NPS). This NPS unit was designated in 1978 and extends from Hancock, NY, south to Mill Rift, PA. The unit encompasses 73.4 miles of the Delaware River, extending from the river to the adjacent ridgetop in both states.

The Upper Delaware River also became a federal Wild and Scenic River in 1978.  The Upper Delaware Scenic and Recreational River unit's Outstandingly Remarkable Values consist of free-flowing condition, high water quality,  culture, ecology, geology, recreation, and scenery. The Skinners Falls Bridge is an element that supports the cultural and scenic Outstandingly Remarkable Values of the Upper Delaware Scenic and Recreational River unit.

The southeast quadrant also contains the Skinners Falls -Delaware River- Fishing Access Site. This property is owned by New York State Department of Environmental Conservation (NYSDEC) and is co-managed with NPS. The Fishing Access Site contains a gravel parking lot and gravel/deteriorated asphalt ramp for the launching of canoes and kayaks.

### Describe the involvement with utilities with this project.
No utilities are located on the structure or within the project area. Overhead utility lines are located near the railroad crossing east of the bridge crossing. Septic fields associated with Landers River Trips Campground and Lothian House Bed and Breakfast were determined to be adjacent to the proposed project area.

### Describe the involvement with any railroad (active or inactive) including all rail lines, crossings, bridges, or signals.
The New York Susquehanna and Western (NYSW) railroad crosses the Route 44 roadway (Skinners Falls West Road) to the east of the bridge. Temporary roadway improvements consisting of milling and reprofiling to Route 44 in the vicinity of the railroad crossing are required to allow for low-boy trailers to access the bridge site. The temporary roadway improvements will be removed upon the completion of the project and CR 44 restored to existing condition by the contractor.
The signalized crossing of CR 44 is owned by NS but leased/operated by CNYK (or their NYSW subsidiary). The railroad coordination is being handled directly through the contractor for completion of the temporary asphalt/gravel wedge. Flagging for 2-3 days (for placement and then removal) is anticipated.

### Describe changes to access control.
There is no proposed change to access control. The structure is currently closed to traffic.

## Additional Information

**Remarks, Footnotes, Supplemental Data**


The existing Skinners Falls Bridge is a visually striking structure within its surrounding landscape, contrasting with the natural character of the Delaware River and its setting. The PASHPO rated this bridge an "Exceptional" resource, the highest category within their preservation prioritization system. The NYSHPO rated the bridge a "Signiï¬�cant" resource, as it is the oldest example of an American Bridge Company Baltimore through truss highway bridge in the United States. As an authentic visible historic resource of exceptional value, it is also a visual resource of exceptional value. The bridge is a visible structure that supports the cultural and scenic Outstandingly Remarkable Values of the Upper Delaware Scenic and Recreational River unit as well and is considered worthy of protection under the federal WSRA. The thinness of the metal truss members and the roadway deck that make up the existing bridge give the bridge a sense of visual lightness and unobtrusiveness in the landscape. The bridge's setting is primarily characterized by mature wooded vegetation growing up to and along the edge of the river.

### Attachments

1. **SR 1002 Skinners USGS Location Map.pdf**  (3034KB / 3MB)

2. **2024.12.16 JDS Skinners Falls Bridge emergency declaration.pdf**  (309KB / 0.3MB)

3. **FHWA_Concurrence_of_Gov_Declaration-Skinners Falls_121724.pdf**  (129KB / 0.1MB)

4. **Skinner Falls_QA Bridge Safety Inspection_Exec Summary_FINAL_Redacted_Optimized.pdf**  (2336KB / 2.3MB)

5. **SFBAlternatives Analysis 1-8-25.pdf**  (892KB / 0.9MB)


## CE Reevaluation Part B, Section A-1
### Environmental Evaluation Subject Areas (Aquatic Resources)

**Federal Project Number:**   T046-308-Y233


## 1. AQUATIC RESOURCES

|  | PRESENCE | IMPACTS[2] |
|---|---|---|
| **STREAMS, RIVERS & WATERCOURSES**[1] | ○ Not Present  ● Present | |
| Intermittent (streams only) | ● Not Present  ○ Present | ● No  ○ Yes |
| Perennial | ○ Not Present  ● Present | ○ No  ● Yes |
| Wild trout streams | ● Not Present  ○ Present | ● No  ○ Yes |
| Stocked trout streams | ● Not Present  ○ Present | ● No  ○ Yes |

**Identify all streams and their classifications per Chapter 93 of 25 PA Code (e.g. CWF, WWF, HQ, EV)**

The Delaware River is listed in Ch. 93 as Cold Water Fishes/Migratory Fishes (CWF).
Within New York, the Delaware River is classified under Standard A(T) for trout waters and classification A surface waters for drinking water
supply under the NYS Surface Water Classifications in 6 NYCRR 701.
Based on the Pennsylvania Fish and Boat Commission (PFBC) information, the Upper Delaware River is not stocked with trout, is not a naturally reproducing trout streams, and is not Class A Wild Trout Waters. Based on New York State Department of Environmental Conservation (NYSDEC) information, the Upper Delaware River is not stocked with trout.

**Linear feet of Streams permanently impacted:**  137

**Describe Any Permanent Impacts**

Permanent watercourse impacts to the Delaware River associated with the removal of the center bridge pier are anticipated. The pier is being removed at the request of permitting agencies as risks to the boating public associated with continued deterioration.

**Describe Any Temporary Impacts**

Temporary impacts to the Delaware River will occur as a result of the installation of the temporary causeway. The causeway will be conducted of rock riprap. A total of 190 linear feet will be temporarily impacted.

**Is mitigation incorporated?**    ◉ No ○ Yes

**Remarks**

---

|  | PRESENCE | IMPACTS[2] |
|---|---|---|
| **FEDERAL WILD & SCENIC RIVERS & STREAMS**[1] | ○ Not Present ◉ Present | ◉ No ○ Yes |

**Documentation**[3]

☑ National Parks Service Coordination Letter
☐ U.S. Forest Service Coordination Letter (Allegheny/Clarion Rivers)

**Describe Any Permanent and Temporary Impacts**

As described in Section A: Gen, the project is located within the Upper Delaware Scenic and Recreational River. Under the Wild and Scenic Rivers Act, protection of "Outstandingly Remarkable Values" is required. The Upper Delaware Scenic and Recreational River unit's Outstandingly Remarkable Values consist of culture, ecology, geology, recreation, and scenery. The Skinners Falls Bridge is an element that supports the cultural and scenic Outstandingly Remarkable Values of the Upper Delaware Scenic and Recreational River unit. Projects within the Upper Delaware Scenic and Recreational River unit system must comply with Section 7 of the Wild and Scenic Rivers Act, which is also regulated by the NPS.
As part of the coordination with NPS, a Section 7a Determination was issued on January 28, 2025. The Section 7a determination stated that the project will not have a direct and adverse effect on the water quality, free flowing condition, cultural, ecological, geological, recreational and scenic values of the river segment. The NPS therefore does not object to the proposed project pending the required project conditions are met.

**Is mitigation incorporated?**    ○ No ◉ Yes

**Describe Mitigation**

Required project conditions pertaining to the water quality, free flowing condition, cultural, ecological, geological, recreational and scenic values of the river segment are included in the Section 7a determination. See attached for the NPS Section 7a determination letter.

**Remarks**

The Upper Delaware River within the project area is part of the 250-mile-long Delaware River Water Trail. The Delaware River Water Trail extends from Hancock, NY, to Trenton, NJ, and is popular with recreational boaters including canoes, rafts, tubes, and small fishing boats. Boaters can access the river from the NYSDEC-operated Skinners Falls access area on the New York side.

---

|  | PRESENCE | IMPACTS[2] |
|---|---|---|

**STATE SCENIC RIVERS & STREAMS**[1]   ◉ Not Present ○ Present          ◉ No ○ Yes

**Remarks**

---

|  | **PRESENCE** | **IMPACTS**[2] |
|---|---|---|

**NAVIGABLE WATERWAYS**[1]   ○ Not Present ◉ Present

Coast Guard Navigable      ◉ Not Present ○ Present          ◉ No ○ Yes
PFBC Water Trail           ○ Not Present ◉ Present          ○ No ◉ Yes
Recreational Boating Waterway  ○ Not Present ◉ Present      ○ No ◉ Yes

**Documentation**[3]
☑ PFBC Aids to Navigation Plan
☐ Coast Guard Coordination

**Describe Any Permanent and Temporary Impacts**

Permanent impacts to the Delaware River are anticipated due to the removal of the bridge pier. A temporary causeway within the Delaware River will be necessary to remove the existing truss spans and pier.
During the bridge removal activities, and until the area is stabilized, passage under the structure will be restricted and/or closed to Delaware River boating traffic and recreational users.

**Is mitigation incorporated?**     ○ No ◉ Yes

**Describe Mitigation**

An Aids to Navigation Plan (ATON) will be in place for all recreational activities during construction. the ATON has been coordinated with PFBC, NPS and NYSDEC. See attached for the approved ATON plan

**Remarks**

---

|  | **PRESENCE** | **IMPACTS**[2] |
|---|---|---|

**OTHER SURFACE WATERS**[1]   ◉ Not Present ○ Present

**Remarks**

---

|  | **PRESENCE** | **IMPACTS**[2] |
|---|---|---|

**GROUNDWATER RESOURCES**[1]   ◉ Not Present ○ Present

**Remarks**

---

|  | PRESENCE | IMPACTS[2] |
|---|---|---|

**WETLANDS**[1]　　　　　　○ Not Present　◉ Present

　Open Water　　　　　◉ Not Present　○ Present　　　◉ No　○ Yes

　Vegetated

　　Emergent　　　　　○ Not Present　◉ Present　　　○ No　◉ Yes

　　Scrub Shrub　　　　◉ Not Present　○ Present　　　◉ No　○ Yes

　　Forested　　　　　◉ Not Present　○ Present　　　◉ No　○ Yes

　Exceptional Value　　◉ Not Present　○ Present　　　◉ No　○ Yes

**Documentation**[3]
- ☑ Data Forms
- ☐ Wetland Identification and Delineation Report
- ☐ Conceptual Mitigation Plan
- ☐ 404 (b)(1) Alternative Analysis
- ☐ Jurisdictional Determination
- ☐ Functional Assessment Analysis

**Methodology**

Within the proposed LOD one Palustrine emergent wetland (PEM) was delineated in the northeast quadrant of the bridge on the New York side and a second PEM wetland located east of the bridge along the Pennsylvania banks. The wetland on the NY side is located within the floodplain of the Delaware River and partially within a maintained area used by a commercial river trip company. The wetland on the Pennsylvania side is located within the floodplain fringe of the Delaware River.

**Number of Wetlands permanently impacted:**　1
**Acreage of Wetlands permanently impacted:**　0.01

**Describe Any Permanent Impacts**

Permanent wetland impacts due to the removal of the bridge totals 555 square feet in Pennsylvania.

**Describe Any Temporary Impacts**

Temporary wetland impacts due to the casueway and bridge removal totals 0.05 acres within both Pennsylvania and New York.

**Is mitigation incorporated?**　◉ No　○ Yes

**Executive Order 11990 Compliance**

Compliance requires the determination that there is no practicable alternative to the proposed construction in wetlands and the proposed action includes all practicable measures to minimize harm to wetlands which may result from such use.

**Options/design modifications were investigated to avoid impacts to wetlands:**　◉ Yes　○ No　○ N/A

**There are no practicable alternatives to construction within the wetlands:**　◉ Yes　○ No　○ N/A

**Alternative chosen (proposed project) includes all practicable measures to minimize harm to wetlands:**

⦿ Yes    ○ No    ○ N/A

If the answer to any of the above <u>three</u> questions is No, provide an explanation in the Remarks Section below.

**Remarks**

A PADEP Emergency Permit and NYSDEC Emergency authorization has been obtained for the wetland and watercourse impacts.

| | PRESENCE | IMPACTS[2] |
|---|---|---|
| **COASTAL ZONE**[1] | ⦿ Not Present  ○ Present | ⦿ No  ○ Yes |

**Remarks**

| | PRESENCE | IMPACTS[2] |
|---|---|---|
| **FLOODPLAINS**[1] | ○ Not Present  ⦿ Present | ○ No  ⦿ Yes |

☑ No significant floodplain encroachment would occur.

If, after consultation with FHWA, it is concluded that there will be significant floodplain encroachment, a floodplain finding is required, and an EIS or EA will need to be prepared because a CEE is not an appropriate level of NEPA documentation.
Significant floodplain encroachment is defined in DM-1B.

**Describe Any Permanent and Temporary Impacts**

This activity is the temporary placement of fill within the FEMA delineated floodway associated with the partial width temporary causeway within the Delaware River. The temporary fill is required for the placement of the temporary causeway which will be located above the water line, but within the floodway. These impacts are permitted under the PADEP Emergency Permit and the NYSDEC Emergency Permit.

**Is mitigation incorporated?**    ⦿ No    ○ Yes

**Remarks**

The project is located within the 100-year floodplain and FEMA delineated floodway for the Delaware River. The majority of the project area is located within Zone AE (elevation 725ft upstream of the bridge and 723ft downstream of the bridge).

**SOIL EROSION & SEDIMENTATION**[1]

**Are there activities that could cause erosion or sedimentation and would require E&S Controls?**  ⦿ Yes  ○ No  ○ N/A

**Documentation**[3]

☐ Coordination w/County Conservation District
☑ E&S Control Plan
☐ NPDES Stormwater Construction Permit

**Is mitigation incorporated?**   ◉ No  ○ Yes

**Remarks**

Erosion and sedimentation control plans have been developed as part of contract bid set and submitted to permitting agencies.

---

1  If the resource is not present, do not complete the remainder of this subject area.

2  If the resource is present but no impacts are anticipated, describe in Remarks why there will be no impact.  If there will be no impact because avoidance/mitigation measures will be included, describe those in the mitigation text box provided.

3  Unless required as an attachment, documentation for subject areas should be maintained in the project's Technical Support Data and does not need to be submitted with the CEE.

---

**Additional Information**

**Remarks, Footnotes, Supplemental Data**

**Attachments**

1.  **20250128 NPS to USACE Skinners Falls Milanville Bridge Section 7a Letter.pdf**  (456KB / 0.4MB)

2.  **ATON approval REVISED Skinner Falls Bridge Delaware River.pdf**  (164KB / 0.2MB)

3.  **20250122 Skinners Falls Bridge ATON_Optimized.pdf**  (5882KB / 5.7MB)

# CE Reevaluation Part B, Section A-2
## Environmental Evaluation Subject Areas (Land)

---

## 2. LAND

|  | PRESENCE | IMPACTS[2] |
|---|---|---|
| **AGRICULTURAL RESOURCES[1]** | ◉ Not Present  ○ Present | |

**Remarks**

---

|  | PRESENCE | IMPACTS[2] |
|---|---|---|
| **VEGETATION[1]** | ○ Not Present  ◉ Present | |
| Landscaped | ○ Not Present  ◉ Present | ○ No  ◉ Yes |
| Agricultural | ◉ Not Present  ○ Present | ◉ No  ○ Yes |

| Forest Land | ● Not Present ○ Present | | ● No ○ Yes |
| Rangeland | ● Not Present ○ Present | | ● No ○ Yes |
| Other (describe in remarks) | ○ Not Present ● Present | | ○ No ● Yes |

**Describe Any Permanent and Temporary Impacts**

Vegetated areas will be disturbed during construction, including maintained lawns, scrub-shrub habitat and 6 trees treater than 12' DBH. Clearing and removal of vegetation will take place for access roads and causeways associated with the bridge removal

☑ Invasive Non-Native Plants are Present

**Mitigation:**

**Are measures being taken to minimize movement of invasive plant parts (roots, tubers, seeds)?** ● Yes ○ No

**Will native plants be used in project landscaping or mitigation?** ● Yes ○ No   If Yes, explain in Describe Mitigation.

**Other?** ● Yes ○ No   If Yes, explain in Describe Mitigation.

**Describe Mitigation**

Measures to control and minimize the spread of invasive species including removing invasive plant parts, washing/cleaning equipment and boots and other measures have been included on the erosion and sedimentation control plans for the project.

**Remarks**

Areas of invasive Japanese knotweed (Fallopia japonica), Mile a minute (Persicaria perfoliata) are a known within New York. Rock snot (Didymo) is also known to be present within the Delaware River.

---

| | PRESENCE | IMPACTS[2] |
| --- | --- | --- |
| **GEOLOGIC RESOURCES**[1] | ● Not Present ○ Present | |

**Remarks**

---

| | PRESENCE | IMPACTS[2] |
| --- | --- | --- |
| **PARKS & RECREATION FACILITIES**[1] | ○ Not Present ● Present | |
| National | ○ Not Present ● Present | ○ No ● Yes |
| State | ○ Not Present ● Present | ○ No ● Yes |
| Local | ● Not Present ○ Present | ● No ○ Yes |
| Other (describe in remarks) | ● Not Present ○ Present | ● No ○ Yes |

If any Impacts are "Yes", a Section 4(f) Evaluation may be needed.

**Were any of the impacted properties acquired through the use of :** (If applicable, check one or more of the boxes below)
☐ Land and Water Conservation Fund (Section 6(f))
☐ Project 70 Fund

☐ Project 500 Fund
☐ Recreational Improvement and Rehabilitation Act (RIRA)
☐ Growing Greener Bond Fund (GG2)
☐ Keystone Recreation, Park and Conservation Fund (Key 93)
☐ Environmental Stewardship Fund Act (ESF)

**Documentation**[3]
☐ Coordination with DCNR as representative for NPS (LWCF)
☐ Coordination with DCNR and PA General Assembly (Project 70)
☐ Coordination with DCNR (Project 500, GG2, Key93, RIRA or ESF)

**Describe Any Permanent and Temporary Impacts**

The project will result in the temporary impacts to the following recreational resources:

-Upper Delaware Scenic and Recreational River NPS Unit

-NYSDEC Skinners Falls Access Area and boat launch

-Lander's Campground and River Trips

**Is mitigation incorporated?**      ○ No  ● Yes

**Describe Mitigation**

For the Upper Delaware Scenic and Recreational River NPS unit, a Special Use Permit has been obtained. PennDOT will follow the conditions listed in the Special Use Permit

For the NYSDEC Skinners Falls Access Area, a Temporary Revocable Permit has been obtained. PennDOT will follow the conditions listed in the Temporarily Revocable Permit

**Remarks**

The project area is within the Upper Delaware Scenic and Recreational River unit as designated by the United States National Park Service (NPS). This NPS unit was designated in 1978 and extends from Hancock, NY, south to Mill Rift, PA. The unit encompasses 73.4 miles of the Delaware River, extending from the river to the adjacent ridgetop in both states. The Upper Delaware River also became a federal Wild and Scenic River in 1978. The Upper Delaware Scenic and Recreational River Unit's Outstandingly Remarkable Values consist of culture, ecology, geology, recreation, and scenery. The Skinners Falls Bridge is an element that supports the cultural and scenic Outstandingly Remarkable Values of the Upper Delaware Scenic and Recreational River unit. Adjacent to the southeast quadrant of the study area, the NYSDEC owns and operates the Skinners Falls Access area for recreational, non-motorized boaters. The access area consists of a 52-car parking lot and a partial concrete pad for launching canoes and kayaks. The project area also contains two privately owned recreation areas. Landers Campground and River Trips is located northeast of the bridge. Lou's tubes is located southeast of the bridge, south of the NYSDEC access area.

|  | PRESENCE | IMPACTS[2] |
|---|---|---|
| **FOREST & GAMELANDS**[1] | ● Not Present  ○ Present | |

**Remarks**

|  | PRESENCE | IMPACTS[2] |
|---|---|---|
| **WILDERNESS, NATURAL & WILD AREAS**[1] | ● Not Present  ○ Present | |

**Remarks**

---

| | PRESENCE | IMPACTS[2] |
|---|---|---|
| **NATIONAL NATURAL LANDMARKS**[1] | ◉ Not Present ○ Present | ◉ No ○ Yes |

**Remarks**

---

| | PRESENCE | IMPACTS[2] |
|---|---|---|
| **HAZARDOUS OR RESIDUAL WASTE SITES**[1] | ◉ Not Present ○ Present | ◉ No ○ Yes |

**Remarks**

---

1   If the resource is not present, do not complete the remainder of this subject area.

2   If the resource is present but no impacts are anticipated, describe in Remarks why there will be no impact.  If there will be no impact because avoidance/mitigation measures will be included, describe those in the mitigation text box provided.

3   Unless required as an attachment, documentation for subject areas should be maintained in the project's Technical Support Data and does not need to be submitted with the CEE.

---

**Additional Information**

**Remarks, Footnotes, Supplemental Data**

**Attachments**

1.  **2025 SUP Skinners Bridge Demolition Permit - Signed Final.printed.pdf**  (6907KB / 6.7MB)

2.  **PennDOT Skinners Falls TRP 2025 final.pdf**  (573KB / 0.6MB)

## CE Reevaluation Part B, Section A-3
### Environmental Evaluation Subject Areas (Wildlife)

---

## 3. WILDLIFE

| | PRESENCE | IMPACTS[2] |
|---|---|---|
| **WILDLIFE & HABITAT**[1] | ◉ Not Present ○ Present | |

**Remarks**

|  | PRESENCE | IMPACTS[2] |
|---|---|---|

**THREATENED & ENDANGERED PLANTS & ANIMALS**[1]

PRESENCE
- ○ Not Present
- ● Present
- ○ No Coordination Needed

IMPACTS[2]
- ☐ No Potential Impacts
- ☐ Potential Impacts with Avoidance Measures
- ☐ Potential Impacts with Conservation Measures
- ☑ Potential Impacts

*Reviews, concurrences and approvals for Threatened and Endangered Species searches/coordination are time sensitive. If the coordination is greater than two years old, a new coordination effort will be required with the commenting/review agency(s).*

**Documentation**
- ☑ PNDI ER Receipt

**Agency Documentation**
- ☑ PFBC Correspondence
- ☐ PGC Correspondence
- ☐ DCNR Correspondence
- ☑ USFWS Correspondence

**Describe Avoidance Measures to be Implemented**

**Describe Planned Conservation Measures to be Implemented**

**Describe Other Mitigation**

The project team has worked with members of the Pennsylvania Fish & Boat Commission, USFWS Pennsylvania Field Office, and New York Department of Conservation staff to review project level impacts to aquatic resources and its potential to affect fresh water mussel species. Temporary aquatic impacts associated with the installation of a rock causeway have been estimated. USFWS issued an email on 12/20/2024 regarding emergency procedures under Section 7 of the Endangered Species Act. On 1/8/2025, FHWA and PennDOT sent a letter to USFWS outlining the project approach, conservation measures and documenting how FHWA and PennDOT will comply with the recommendations received from USFWS (see attached for the letter from FHWA).

Mitigation for this project will be through a contribution to the Pennsylvania Fish & Boat Commission mussel conservation fund, which is anticipated to support future mussel surveys within this section of the Upper Delaware River watershed. The amount to be contributed to the mussel conservation fund will be determined in consultation with the agencies.

During construction, mitigation measures including environmental commitment monitoring of critical in-water activities, underwater habitat inspection prior to contractor mobilization, and the use of bathymetry survey to identify that causeway materials are removed will be implemented.

**Remarks**

The federally endangered dwarf wedge mussel (Alasmidonta heterodon) is known to inhabit the Delaware River. The Dwarf

wedge mussel is also state endangered in both Pennsylvania and New York. Proposed temporary impacts to the habitat of dwarf wedge mussel and other mussel species inhabiting the Delaware River will occur as a result of the project.

1   If the resource is not present, do not complete the remainder of this subject area.

2   If the resource is present but no impacts are anticipated, describe in Remarks why there will be no impact.  If there will be no impact because avoidance/mitigation measures will be included, describe those in the mitigation text box provided.

3   Unless required as an attachment, documentation for subject areas should be maintained in the project's Technical Support Data and does not need to be submitted with the CEE.

## Additional Information

**Remarks, Footnotes, Supplemental Data**

An online Pennsylvania Natural Diversity inventory (PNDI) search was executed for an area containing the half width causeway alternative on 12/3/2024. Potential impacts under the jurisdiction of the US Fish and Wildlife Service (USFWS) and Pennsylvania Fish and Boat Commission (PFBC) were identified by PNDI for this project. Although not listed on the PNDI, coordination with NYSDEC was also conducted as part of ongoing agency coordination. Coordination with the resource agencies have indicated that the main species of concern is the federally and state endangered dwarf wedge mussel (Alasmidonta heterodon), which is known to inhabit the Delaware River.

**Attachments**

1.   **project_receipt_skinners_falls_bridge_eme_828250_FINAL_1.pdf**  (1107KB / 1.1MB)

2.   **SkinnersFallsMusselCoordination-Commitments_2025-01-08_Signed.pdf**  (593KB / 0.6MB)

# CE Reevaluation Part B, Section A-4
## Environmental Evaluation Subject Areas (Cultural Resources)

## 4. CULTURAL RESOURCES

**Were Cultural Resource Professionals (CRPs) needed for project scoping?**   ◉ Yes  ○ No

**CRP Scoping Field View Date:**   11/08/24

**CRP Architectural Historian in Attendance:**   Heather Gerling

**CRP Archaeologist in Attendance:**   Kevin Mock

**Was a Project Early Notification / Scoping Results Form completed?**   ◉ Yes  ○ No

For projects exempted from further Section 106 review under Appendix A of the Statewide Section 106 Programmatic Agreement, determine whether eligible resources are present for application of Section 4(f).

**Is the project exempted from review by the District Designee or CRP as per Appendix A of the Statewide Section 106 Programmatic Agreement?**   ○ Yes  ◉ No

|  | PRESENCE | | | | LEVEL OF EFFECTS | | |
|---|---|---|---|---|---|---|---|
|  | Not Present | Potentially Eligible Resource Present | Eligible Resource Present | Listed Resource Present | No Historic Properties Affected | No Adverse Effect | Adverse Effect |
| **CULTURAL RESOURCES** | ☐ | ☑ | ☐ | ☑ | ☐ | ☐ | ☑ |
| <u>Archaeology</u> | | | | | | | |
| Pre-Contact: | ☐ | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| Contact Native American: | ☐ | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| Historic: | ☐ | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| <u>Above-Ground Historic Properties</u> | | | | | | | |
| Structure/Building: | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☑ |
| District: | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☑ |

**Documentation**

Conclusion of Section 106 consultation must be documented in the following ways:

**For projects *having an adverse effect*, one of the following:**

- ☑ Memorandum of Agreement (MOA)
- ☐ Letter of Agreement (LOA)
- ☐ Memorandum of Understanding (MOU)
- ☐ Letter of Understanding (LOU)
- ☐ Specific Programmitic Agreement (PA)
- ☐ Standard Treatment
- ☐ Deferral of Archaeological Testing

**For projects *not having a known adverse effect*, one from *each* column:**

**Above-Ground Historic Properties**
- ☐ Above-Ground Historic Properties Field Assessment and Finding
- ☑ Above-Ground Historic Properties Finding Letter
- ☐ Section 106 (Above-Ground Historic Properties) Effect Concurrence Letter
- ☐ TE Project Field Assessment and Finding Checklist

**Archaeology**
- ☐ Archaeology Field Assessment and Finding
- ☑ Archaeology Finding Letter
- ☐ Section 106 (Archaeology) Effect Concurrence Letter
- ☐ TE Project Field Assessment and Finding Checklist
- ☐ Deferred Archaeological Testing Form
- ☐ Project Specific Programmatic Agreement

Supplemental documentation should be completed as warranted:

- ☐ Historic Structures Survey / Determination of Eligibility Report
- ☑ Phase Ia Archaeological Sensitivity Report
- ☑ Geomorphological Survey Report
- ☐ Archaeological Disturbance Report
- ☐ Archaeology Identification (Phase I) Report
- ☐ Archaeology Negative Survey Form

- ☐ Archaeology Evaluation (Phase II) Report
- ☐ Combined Archaeology Identification/Evaluation Report
- ☑ Determination of Effects Report
- ☐ (Bridge) Feasibility Report
- ☐ Other   (describe in remarks)

*Include Section 106 Public Involvement in Part B, Section C, Public Involvement.*

**Describe Any Permanent and Temporary Impacts**

The proposed project involves the removal of the National Register of Historic Places Listed Skinners Falls Bridge. The Skinners Falls Bridge was listed on the NRHP in 1988 under Criterion C for Engineering as a rare example of an intact multiple-span Baltimore through truss bridge of moderate length. The Skinners Falls Bridge is also a contributing element to the NHRP Listed Milanville Historic District. The Milanville Historic District was listed on the NRHP in 1993 under Criterion A for its association with the area's nineteenth- and twentieth-century industrial development, and under Criterion C for its noteworthy architecture of the same eras.

The proposed project results in temporary impacts to the Milanville Historic District due to the installation of a temporary causeway to remove the existing Skinners Falls Bridge. Permanent impacts to both the Skinners Falls Bridge and the Milanville Historic District will occur as a result of the removal of the Skinners Falls Bridge, New York abutment, and center pier. The Pennsylvania abutment will be stabilized.

**Are mitigation and/or standard treatments required?**   ○ No  ◉ Yes

**Describe Mitigation / Standard Treatments**

Mitigation will be determined based on consultation with FHWA, ACHP, NYSHPO, PASHPO, USACE, NPS, and consulting parties. An MOA will be developed in consultation with state and federal agencies and PA and NY SHPO. Per the Section 106 emergency procedures, the MOA will be developed after construction has commenced.

PennDOT has committed to saving stones from the NY abutment and pier for future re-use. Additionally, the Contractor will set aside pieces of the truss after demolition. The pieces will not be removed from the trusses prior to demolition and will be recovered in the condition they are in after the truss is removed from the water/causeway. These pieces are to be from â€œdecorativeâ€� sections of the structure (i.e. railing, portal lattice pieces) and no larger than 3 FT. in length. These recovered fragments will be set aside on-site and the District 4-0 CRP will contact local historic agencies to inquire if they would like to own the pieces.

**Remarks**

Due to the declared emergency, PennDOT is clearing the effects for the project utilizing the Section 106 emergency situation procedures (36 CFR 800.12) A Cultural Resource Agency meeting was held on December 12, 2024 with NY SHPO, NYSDOT, FHWA, PA SHPO, NPS, PennDOT to discuss the emergency procedures and next steps pertaining to Section 106. Both state SHPOs, ACHP, and tribes were notified on 12/17; the project team requested expedited reviews. concurrence from both PASHPO and NYSHPO were received on 12/19 and 12/20/2024. The ACHP was notified on12/17/2024, with additional correspondence regarding approval of the extension of emergency procedures on 1/14/2025. A virtual consulting parties meeting was held on 2/11/2025.

Project documentation is also on PATH here: https://path.penndot.pa.gov/ProjectDetails.aspx?ProjectID=1&txtMPMS=122260

---

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

1. **SkinnersFalls_e106Form_2024-12-17.pdf**  (688KB / 0.7MB)

2. **Wayne-122260-Cultural Agencies Coordination Meeting Minutes.pdf**  (101KB / 0.1MB)

3. **Wayne-122260-ACHP Letter of Acceptance on Emergency Procedures Extension..pdf**  (571KB / 0.6MB)

4. **Wayne-122260-Effects Memo.pdf**  (339KB / 0.3MB)

5. **Wayne-122260-NY SHPO Response Letter re effects.pdf**  (209KB / 0.2MB)

6. **2024_12_17 Tribal Notification on Effects.pdf**  (125KB / 0.1MB)

7. **Wayne-122260-PA SHPO Response Letter re effects.pdf**  (236KB / 0.2MB)

8. **SkinnersFalls_e-106attachments_20241217_Optimized.pdf**  (2800KB / 2.7MB)

# CE Reevaluation Part B, Section A-5
### Environmental Evaluation Subject Areas (Section 4(f) Resources)

## 5. SECTION 4(f) RESOURCES

|  | **PRESENCE** | **USE**[1] |
|---|---|---|
| **SECTION 4(f) RESOURCES** | ◯ Not Present  ⦿ Present | ◯ No  ⦿ Yes |

**Documentation**[2]
- ☑ Individual Section 4(f) Evaluation
- ☐ Programmatic Section 4(f) Evaluation
- ☐ Section 2002 Evaluation
- ☐ De Minimis Use/No Adverse Use Checklist
- ☐ Non-Applicability/No Use Checklist
- ☐ Temporary Use Checklist
- ☐ FHWA Coordination Documents

**Will temporary easements during construction be necessary from Section 4(f) resources?**   ⦿ No  ◯ Yes

**Describe Any Permanent and Temporary Impacts**

FHWA and PennDOT decided to prepare one Individual Section 4(f) Evaluation that includes all five of the resources. Due to the project being declared an emergency by the Pennsylvania governor, and in keeping with FHWA policy, the Individual Section 4(f) Evaluation will be prepared as the project progresses. The Individual Section 4(f) Evaluation is currently being prepared but will not be finalized until the Section 106 process is completed. PennDOT and FHWA will coordinate with all the OWJs as the evaluation is prepared to ensure that the use of the resources and mitigation are fully documented. The coordination will be documented via meeting minutes and included as part of the evaluation.

**Is mitigation incorporated?**   ◯ No  ⦿ Yes

**Describe Mitigation**

Prepare Individual Seciton 4(f) Evaluation for all five of the identified seciton 4(f) resources.

**Remarks**

The following Section 4(f) resources are present within the project study area:
NRHP Listed Skinners Falls Bridge

NRHP Listed Milanville Historic District

Upper Delaware Scenic and Recreational River Unit

NYSDEC Skinners Falls Access Area

Delaware River Water Trail

An alternatives analysis is attached to form A:Gen of this CE. It explains that a rehabilitation alternative is not reasonable.

---

1   If the resource is present but no use is anticipated, describe in Remarks why there will be no use.  If there will be no use because avoidance/mitigation measures will be included, describe those in the mitigation text box provided.

2   Unless required as an attachment, documentation for subject areas should be maintained in the project's Technical Support Data and does not need to be submitted with the CEE.

---

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

# CE Reevaluation Part B, Section B
## Consistency Determinations

---

If the project is not consistent with established guidelines or will be made consistent through agreed upon mitigation, describe mitigation measures.

**DEP Coastal Zone Management Plan:**              ◉ Not Applicable  ○ Consistent  ○ Not Consistent

**DCNR/NPS Wild and Scenic River Management Plan:**  ○ Not Applicable  ◉ Consistent  ○ Not Consistent

**FEMA Flood Map:**                                ○ Not Applicable  ◉ Consistent  ○ Not Consistent

**Other (describe in Remarks):**                   ◉ Not Applicable  ○ Consistent  ○ Not Consistent

**Describe Mitigation**

**Remarks**

NPS has determined this project will not have a direct and adverse effect on the water quality, free-flowing condition, cultural, ecological, geological, recreational, and scenic values of this river segment. The NPS therefore does not object to the proposed project, pending the required project conditions are met. See Section B:A-1 for additional information.

---

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

# CE Reevaluation Part B, Section C
## Public Involvement

Document all public involvement efforts, including but not limited to, meetings, intent to enter letters, and displays.
Indicate number of events when applicable.
Include in the project technical file: notification of public involvement activities, and the resolution to relevant issues
or concerns raised during public involvement.

|  | # | Comments |
|---|---|---|
| ☐ Plans Display | | |
| ☐ Public Officials Meetings | | |
| ☑ Public Meetings | 2 | Virtual public meetings on November 14, 2024 and December 17, 2024. |
| ☐ Public Hearing | | |
| ☐ Special Purpose Meetings (specify) | | |
| ☑ Section 106 Public Involvement / Consulting Parties (specify) | | A virtual consulting parties meeting was held on February 11, 2025. |
| ☑ Section 106 Tribal Consultation (specify Tribe(s) contacted and Tribal response) | | On 11/21/2024, PennDOT notified the following Tribes and Nations of the need for a project to address the failing structure: the Absentee Shawnee Tribe of Indians; Delaware Nation; Delaware Tribe; Eastern Shawnee Tribe; Onondaga Nation; Shawnee Tribe; and Stockbridge Munsee. PennDOT also notified the same Tribes and Nations of the effect to historic properties on 12/17/2024. |
| ☐ Environmental Justice Community Involvement (if applicable) | | |
| ☐ Other information dissemination activities (specify) | | |
| ☑ Commitment for Further Public Involvement | | Additional Consulting parties meetings will be held in order to determine the appropriate mitigation for Section 106 effects. Per the Section 7a determination, to prevent permanent degradation to the scenic values, PennDOT must |

complete their evaluation of an
alternative crossing with public
involvement.

**Remarks**

---

**<u>Additional Information</u>**

**Remarks, Footnotes, Supplemental Data**

**Attachments**

# CE Reevaluation Part B, Section D
## Permits Checklist

---

Check all permits required for permanent and temporary actions.

☐ **No Permits Required**

☑ **United States Army Corps of Engineers Section 404 and/or Section 10 Permit**
    ☐ Individual    ☑ Nationwide    ☐ PASPGP

☑ **DEP Waterway Encroachment (105) Permit**
    ☐ Standard    ☐ Small Project    ☐ General    ☑ Other

☑ **DEP 401 Water Quality Certification**

☐ **Coast Guard Permit**

☑ **NPDES Permit**
    ☑ General    ☐ Individual    ☐ Exempt

 **Other Permits**

**Other Permits Information**

NPS Special Use Permit and NYSDEC Emergency Waterways Permit

---

## Additional Information

**Remarks, Footnotes, Supplemental Data**

A USACE NWP-3 has been received from the USACE Philadelphia District (attached)
A PADEP Emergency Permit was received from PADEP NERO. (attached)
A NYSDEC Emergency Permit was received from NYSDEC (attached).
Subsequent to submission of the NYSDEC Emergency permit, a Protection of Waters Permit, Section 401 Water Quality Certification, and SPDES for Stormwater Discharges from Construction Activities will be required to be submitted at the completion of the project.

**Attachments**

1. **CENAP-OPR-2013-00066-96_NWP3_Letter_(SIGNED).pdf**  (186KB / 0.2MB)

2. **3-4824-00076_00004 (SD) 5(WQ) 6(EF) EMERGENCY AUTHORIZATION - Skinners Falls Bridge.pdf**  (557KB / 0.5MB)

3. **Skinners Fall Bridge Emergency Project DEC Application 3-4824-00076 Part 502 .pdf**  (197KB / 0.2MB)

4. **EP6402225-001_signed.pdf**  (882KB / 0.9MB)

# CE Reevaluation Part B, Section E
## Resources To Be Avoided and Mitigation Measures

The mitigation measures summarized in this section should be incorporated into the project's design documents.  In order to track and transfer mitigation commitments through the project development process, **Environmental Commitments & Mitigation Tracking System (ECMTS)** documentation should be prepared and submitted to the appropriate channels, including the Contract Management Unit, as the project moves through Final Design and Construction.  Mitigation is automatically completed for the resource specific areas in this document.  Non-resourced specific mitigation should be added to this page for documentation purposes.

**Mitigation measures are COMMITMENTS of both the Department and FHWA and are agreed to and approved by the District Executive for Level 1 CEEs and by the Division Administrator of FHWA for Level 2 CEEs.**

Impacts and mitigation commitments are based on Preliminary Design and may change as the project moves through Final Design and Construction.  Final design information and final mitigation commitments are included in the ECMTS documentation.

---

1. <u>**Specific Permanent Impacts**</u>

       **Streams (B:A-1):** 137  *linear feet*

       **Wetlands (B:A-1):** 0.01  *acres*

       **State Gamelands (B:A-2):**  *acres*

## 2. Specific Mitigation Commitments

### STREAMS (B:A-1)

| | |
|---|---|
| **Project Specific Restoration/Enhancement:** | *linear feet* |
| **Advanced Compensation/Banking:** | *linear feet* |
| **Other:** | |
| **Mitigation Remarks:** | |

### WETLANDS (B:A-1)

| | |
|---|---|
| **Project Specific Replacement/Construction:** | *acres* |
| **Banking:** | *acres* |
| **Bank to be Debited:** | |
| **Restoration:** | *acres* |
| **Preservation:** | *acres* |
| **In-Lieu Fee:** | *whole dollars* |
| **Other:** | |
| **Mitigation Remarks:** | |

### STATE GAMELANDS (B:A-2)

| | |
|---|---|
| **Project Specific Replacement:** | *acres* |
| **Banking:** | *acres* |
| **Bank to be Debited:** | |
| **Other:** | |
| **Mitigation Remarks:** | |

### COMMITMENTS FOR FURTHER PUBLIC INVOLVEMENT (B:C)

Additional Consulting parties meetings will be held in order to determine the appropriate mitigation for Section 106 effects. Per the Section 7a determination, to prevent permanent degradation to the scenic values, PennDOT must complete their evaluation of an alternative crossing with public involvement.

## 3. Other Mitigation Commitments

### RESOURCE SPECIFIC

#### Federal Wild & Scenic Rivers & Streams (B:A-1)

Required project conditions pertaining to the water quality, free flowing condition, cultural, ecological, geological, recreational and scenic values of the river segment are included in the Section 7a determination. See attached for the NPS Section 7a determination letter.

#### Navigable Waterways (B:A-1)

An Aids to Navigation Plan (ATON) will be in place for all recreational activities during construction. the ATON has

been coordinated with PFBC, NPS and NYSDEC. See attached for the approved ATON plan

## Vegetation (B:A-2)

Measures to control and minimize the spread of invasive species including removing invasive plant parts, washing/cleaning equipment and boots and other measures have been included on the erosion and sedimentation control plans for the project.

## Parks & Recreation Facilities (B:A-2)

For the Upper Delaware Scenic and Recreational River NPS unit, a Special Use Permit has been obtained. PennDOT will follow the conditions listed in the Special Use Permit
For the NYSDEC Skinners Falls Access Area, a Temporary Revocable Permit has been obtained. PennDOT will follow the conditions listed in the Temporarily Revocable Permit

## Threatened & Endangered Plants & Animals - Other Mitigation (B:A-3)

The project team has worked with members of the Pennsylvania Fish & Boat Commission, USFWS Pennsylvania Field Office, and New York Department of Conservation staff to review project level impacts to aquatic resources and its potential to affect fresh water mussel species. Temporary aquatic impacts associated with the installation of a rock causeway have been estimated. USFWS issued an email on 12/20/2024 regarding emergency procedures under Section 7 of the Endangered Species Act. On 1/8/2025, FHWA and PennDOT sent a letter to USFWS outlining the project approach, conservation measures and documenting how FHWA and PennDOT will comply with the recommendations received from USFWS (see attached for the letter from FHWA).
Mitigation for this project will be through a contribution to the Pennsylvania Fish & Boat Commission mussel conservation fund, which is anticipated to support future mussel surveys within this section of the Upper Delaware River watershed. The amount to be contributed to the mussel conservation fund will be determined in consultation with the agencies.
During construction, mitigation measures including environmental commitment monitoring of critical in-water activities, underwater habitat inspection prior to contractor mobilization, and the use of bathymetry survey to identify that causeway materials are removed will be implemented.

## Cultural Resources (B:A-4)

Mitigation will be determined based on consultation with FHWA, ACHP, NYSHPO, PASHPO, USACE, NPS, and consulting parties. An MOA will be developed in consultation with state and federal agencies and PA and NY SHPO. Per the Section 106 emergency procedures, the MOA will be developed after construction has commenced.
PennDOT has committed to saving stones from the NY abutment and pier for future re-use. Additionally, the Contractor will set aside pieces of the truss after demolition. The pieces will not be removed from the trusses prior to demolition and will be recovered in the condition they are in after the truss is removed from the water/causeway. These pieces are to be from "decorative" sections of the structure (i.e. railing, portal lattice pieces) and no larger than 3 FT. in length. These recovered fragments will be set aside on-site and the District 4-0 CRP will contact local historic agencies to inquire if they would like to own the pieces.

## Section 4(f) Resources (B:A-5)

Prepare Individual Seciton 4(f) Evaluation for all five of the identified seciton 4(f) resources.

**NON-RESOURCE SPECIFIC**

## Additional Information

**Remarks, Footnotes, Supplemental Data**

See attached for ECMTS mitigation tracking spreadsheet.

**Attachments**

1. **2-18-25_SFB_Mitigation.pdf**  (304KB / 0.3MB)

# CE Reevaluation Part C
## CEE Approval Processing

## Section A - Level 1a CEE Approval

This project is appropriate to be described by Item Number __09__ of Table 3.1 in Publication #10, DM-1B, and is appropriate for a Level 1a Categorical Exclusion in accordance with 23 CFR 771.117.

**County:** Wayne        **SR/Sec:** 1002/E24        **MPMS:** 122260        **Project:** SR 1002 ov Delaware River 2024

| | | | |
|---|---|---|---|
| **Prepared By:** | Drew Ames | | |
| **Title:** | Chief PennDOT Env. Policy and Development Division | **Date:** | 12/17/24 |
| **Approved By:** | John A Ames | **Date:** | 02/21/25 |
| **Title:** | District Environmental Manager | | |

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

# Package #38536    SR 1002 ov Delaware River 2024

| Documents/Attachments* | Checked Out? | Included? | Required? | Verified? | Last Modified On |
|---|---|---|---|---|---|
| **Package Document** | N/A | Included | Required | N/A | 02/21/25 by John A Ames |
| **Title Page** | N/A | Included | Required | Valid | 02/21/25 by John A Ames |
| **Part A: General Project Identific...** | N/A | Included | Required | Valid | 02/21/25 by John A Ames |
| ⁊ *SR 1002 Skinners USGS Location* | | | | | |
| ⁊ *2024.12.16 JDS Skinners Falls* | | | | | |
| ⁊ *FHWA_Concurrence_of_Gov_Declar* | | | | | |
| ⁊ *Skinner Falls_QA Bridge Safety* | | | | | |
| ⁊ *SFBAlternatives Analysis 1-8-2* | | | | | |
| **Part B: Section A-1 Aquatic Resou...** | N/A | Included | Optional | Warnings | 02/21/25 by John A Ames |
| ⁊ *20250128 NPS to USACE Skinners* | | | | | |
| ⁊ *ATON approval REVISED Skinner* | | | | | |
| ⁊ *20250122 Skinners Falls Bridg* | | | | | |
| **Part B: Section A-2 Land** | N/A | Included | Optional | Warnings | 02/21/25 by John A Ames |
| ⁊ *2025 SUP Skinners Bridge Demol* | | | | | |
| ⁊ *PennDOT Skinners Falls TRP 202* | | | | | |
| **Part B: Section A-3 Wildlife** | N/A | Included | Optional | Valid | 02/21/25 by John A Ames |
| ⁊ *project_receipt_skinners_falls* | | | | | |
| ⁊ *SkinnersFallsMusselCoordinatio* | | | | | |
| **Part B: Section A-4 Cultural Reso...** | N/A | Included | Required | Warnings | 02/21/25 by John A Ames |
| ⁊ *SkinnersFalls_e106Form_2024-12* | | | | | |
| ⁊ *Wayne-122260-Cultural Agencies* | | | | | |
| ⁊ *Wayne-122260-ACHP Letter of Ac* | | | | | |
| ⁊ *Wayne-122260-Effects Memo.pdf* | | | | | |
| ⁊ *Wayne-122260-NY SHPO Response* | | | | | |
| ⁊ *2024_12_17 Tribal Notification* | | | | | |
| ⁊ *Wayne-122260-PA SHPO Response* | | | | | |
| ⁊ *SkinnersFalls_e-106attachments* | | | | | |
| **Part B: Section A-5 Section 4(f) ...** | N/A | Included | Optional | Warnings | 02/21/25 by John A Ames |
| **Part B: Section B Consistency Det...** | N/A | Included | Optional | Valid | 02/21/25 by John A Ames |
| **Part B: Section C Public Involvem...** | N/A | Included | Optional | Warnings | 02/21/25 by John A Ames |
| **Part B: Section D Permits Checkli...** | N/A | Included | Optional | Warnings | 02/21/25 by John A Ames |
| ⁊ *CENAP-OPR-2013-00066-96_NWP3_L* | | | | | |
| ⁊ *3-4824-00076_00004 (SD) 5(WQ)* | | | | | |
| ⁊ *Skinners Fall Bridge Emergency* | | | | | |
| ⁊ *EP6402225-001_signed.pdf* | | | | | |
| **Part B: Section E Resources To Be...** | N/A | Included | Optional | Warnings | 02/21/25 by John A Ames |
| ⁊ *2-18-25_SFB_Mitigation.pdf* | | | | | |
| **Part C: Approval Processing** | N/A | Included | Required | Valid | 02/21/25 by John A Ames |