Exhibit 18

# Package Document

## Funding

**Federal Funding?** Yes  **Federal Oversight?** No  Federal Oversight Agreement (June 2015)

## Type

**Is this project being documented as an emergency project?** ● Yes  ○ No

**Is there a formal Emergency Declaration by either the President of the United States or the Governor of PA?** ● Yes  ○ No

In accordance with 23 CFR 771.117(c), actions that qualify as an emergency repair under 23 USC 125 can be documented as a Level 1a CE under item #9.

For emergency repairs, after generating the package, use the Add Appendix button to attach the Damage Inspection Report (DIR).

**Which type of repair does this project involve?**  ☑ Emergency  ☐ Permanent

**Phase:** Evaluation

**Classification:** Categorical Exclusion (Class II)

**CE Level:** 1a

**CE Action:**
☐ 01  ☐ 02  ☐ 03  ☐ 04  ☐ 05  ☐ 06  ☐ 07  ☐ 08
☑ 09  ☐ 10  ☐ 11  ☐ 12  ☐ 13  ☐ 14  ☐ 15  ☐ 16
☐ 17  ☐ 18  ☐ 19  ☐ 20  ☐ 21  ☐ 22  ☐ 23  ☐ 24
☐ 25  ☐ 26  ☐ 27  ☐ 28  ☐ 29  ☐ 30  ☐ DOE EV

List

The preferred process for creating an Evaluation is to use the Create Eval button from an existing Scoping to link it to this package.

    - If an approved Scoping Package does not exist in the Expert System, provide reason and explanation below.

    - If waived, provide direction/authority information.  For paper copies, include file location.

**Reason:** ⦿ Waived    ○ Paper Copy    ○ Other

**Explanation:** Due to the emergency nature of this project and the prior work done for the PEL Study, it is not required to complete a scoping document.

## Projects

**PDOT Project Manager:** Amy M Lolli

**Federal Project Number:** T046-308-Y233

| | | MPMS Projects | | | |
|---|---|---|---|---|---|
| Lead? | Status/Title | District/County | SR/Sec | Description | |
| ☑ 122260 | Programmed / **SR 1002 ov Delaware River 2024** | 04 / Wayne | 1002 / E24 | Bridge rehabilitation/replacement on State Route 1002 (Milanville Road, Kellow Road County Bridge #5) over Delaware River in Damascus Township, Wayne County. | |

*The last time MPMS data was added or refreshed was on Wednesday, 06 November 2024 03:04 PM.

| Project Funding & Fiscal Constraint | | | | | | |
|---|---|---|---|---|---|---|
| MPMS | FD $ | ROW $ | UTL $ | CON $ | TIP | LRTP Date |
| 122260 | | | | 6,000,000 | FFY 2025 Wayne TIP | |

For federally funded projects where the construction phase (and if needed, ROW and/or utilities phases) is not programmed on the current TIP, remarks provide a detailed reference to the current LRTP identifying full funding for the project.

"LRTP Date" is the date of the last adopted Long Range Transportation Plan.
Refer to **May 2017 FHWA "Memorandum Clarifying Fiscal Constraint."** See the help files for more detailed information.

## Editors

**Names & Groups:** Amy M Lolli/PennDOT

Daniel Radle/PennDOT BP-000324
Gretchen Yarnall/PennDOT BP-003813
Heather Martin/PennDOT BP-000324
John A Ames/PennDOT
Katherine M Farrow/PennDOT BP-003813
Kevin W Mock/PennDOT
Lisa Brozey/PennDOT BP-000324
Mark Lombard/PennDOT BP-000324
Michael Landis/PennDOT BP-000324
Steve Wittig/PennDOT BP-000324
All District 04 Users

# Reviewers

|  | System User Names | Non-System / Other Addresses |
|---|---|---|
| Notify These Additional Emails Upon Approval: |  |  |

Package was submitted on Tuesday, 17 December 2024 04:55 PM by John A Ames/PennDOT

| | Email Notify | Reviewed By | Date/Time |
|---|---|---|---|
| **EM:** | Gregory P Augustine/PennDOT | John A Ames/PennDOT | Wed, 12/18/24 08:41 AM |

CEES Package Number: 38090

# Categorical Exclusion Evaluation

**MPMS:** 122260

**Project:** SR 1002 ov Delaware River 2024



**SR/Section:** 1002 / E24

**County:** Wayne

**District:** 04

**CE Level:** 1a

**CE Action:** 09

**Created:** 11/01/24 by Amy M Lolli

**Submitted:** 12/17/24 by John A Ames

**Approved:** 12/18/24 by John A Ames

# CE Evaluation Part A
## General Project Identification & Description

## Project Identification

**Part A Prepared By:** Kate Farrow
Drew Ames
Steve Wittig

**Originating Office:** District 04    **Date:** 12/17/24

**Federal Project Number:** T046-308-Y233

**Township/Municipality:** Damascus Township

**Local Name:** SR 1002 ov Delaware River 2024

### Limits of Work (Segment/Offset)

| Start: | End: |
|---|---|
| 0230/0739 | 0230/1206 |

### Construction Stations

| Start: | End: |
|---|---|
| 1+00 | 4+67 |

**Total Length:** 467 ft

**Program:** Federal Bridge Off-System (BOF)   **Funding:** federal 100   state 0   local 0   other 0

**Date of First Federal Authorization for Preliminary Engineering:**   N/A

**Date of Federal Authorization Time Extension(s) for Preliminary Engineering (if applicable):**   N/A

## Project Description

Include narrative to describe the general project scope of work.
Attach Location Map(s) and Design Plan (only overview and sheets showing limits of work).

Bridge removal on State Route 1002 over Delaware River in Damascus Township, Wayne County.

The Pennsylvania Department of Transportation (PennDOT) District 4-0 has announced the emergency removal of the historic Skinners Falls Bridge over the Delaware River in the interest of public safety. This decision comes after thorough bridge inspections revealed significant structural concerns that pose an imminent risk to the boaters using the Delaware River, the community and the integrity of the bridge. PennDOT is committed to ensuring the safety of all residents, visitors and the boating public.

The project consists of the removal of the Skinners Falls Bridge (S.R. 1002) over the Delaware River in Damascus Township, Wayne County, PA and Town of Cochecton, Sullivan County, NY. The existing Skinners Falls Bridge is a single-lane, 466-foot 6-inch, two-span, Baltimore through truss bridge, which was constructed in 1901 and 1902 and is owned by the New York-Pennsylvania Joint Interstate Bridge Commission (JIBC). Multiple rehabilitation projects and emergency repairs have taken place since 1902. The bridge was closed to all traffic, including pedestrians, in October 2019 due to safety concerns.

The biennial NBIS inspection was performed using rope access and completed in mid-October 2024. (The regularly scheduled inspection was to be in November, but it was moved a month early.) Priority notifications were submitted to PennDOT on October 14, 2024 and the full inspection report was submitted to PennDOT on October 22, 2024.  In summary, the inspection findings recommended the condition rating for the superstructure be lowered from a '4 - Poor' to a '2 - Critical' and for the substructure from a '2 - Critical' to a '0 – Failed'.  The masonry substructure units were being monitored at an increased frequency due to loss of mortar and cracking through several courses of stone.  It was noted that the crack length and width as well as loss of backfill material through the joint had advanced from the prior documented observations.

Winter conditions (freeze thaw cycles) create a concern of causing a collapse of the NY abutment and collapse of the truss into the Delaware River. An uncontrolled collapse of the bridge presents a threat to public health and safety, property, and environmental resources. This presents a public safety risk for anyone that is around the bridge, in the river, upstream, or downstream.

On December 16, 2024, PA Governor Shapiro issued a declaration of emergency in relation to Skinners Falls (attached).

## Project Purpose and Need

**Include narrative to describe the project need.**

The project purpose is to address the failed condition of the bridge and prevent uncontrolled collapse of the structure.

The project needs are:

1. The structure current overall inspection condition rating is 0 (failed). The deck condition rating is 4 (poor). The superstructure condition rating is 2 (critical). The substructure condition rating is 0 (failed).
2. The existing condition poses a danger to public use of the Delaware River near/under the structure.

## Project Setting and Distinct Project Features

**Provide narrative to adequately describe the project setting (terrain, locale, land use, presence of**

bicycle/pedestrian or other unique facilities, etc.) and support the evaluation. Any additional information not otherwise covered by this form that is necessary to clearly understand project circumstances should also be included in this section. Narrative should be appropriate for the complexity of the CEE and project circumstances with the length and content varying accordingly.

The village of Milanville, Pennsylvania, sits on the western shore of the Delaware River. The northwestern quadrant to the west of the bridge is residential and includes the Milton Skinner house and associated barn. The house is located on the west side of SR 1002 and the barn is located on the east side of the road. The Town of Cochecton, New York sits on the eastern shore of the Delaware River. The southeast quadrant of the project area includes the Lothian Bed and Breakfast/Lou's Tubes, which provides inner tube rentals, lodging, and an antique shop. Lander's Campground and River Trips, located within the northeastern quadrant offers kayak, raft, and inner tube rentals, and a campground and snack shop.

This area is a tourist destination for access to the Delaware River and Skinners Falls, which are immediately downstream of the Skinners Falls Bridge. The Skinners Falls Bridge is significant to the community and the Upper Delaware Region.

The project is within the Upper Delaware Scenic and Recreational River unit as designated by the United States National Park Service (NPS). This NPS unit was designated in 1978 and extends from Hancock, NY, south to Mill Rift, PA. The unit encompasses 73.4 miles of the Delaware River, extending from the river to the adjacent ridgetop in both states.

The Upper Delaware River also became a federal Wild and Scenic River in 1978. The Upper Delaware Scenic and Recreational River unit's Outstandingly Remarkable Values consist of free-flowing condition, high water quality, culture, ecology, geology, recreation, and scenery. The Skinners Falls Bridge is an element that supports the cultural and scenic Outstandingly Remarkable Values of the Upper Delaware Scenic and Recreational River unit.

**Describe the involvement with utilities with this project.**
No utilities are located on the structure or within the project area. Overhead utility lines are located near the railroad crossing east of the bridge crossing. Septic fields associated with Landers River Trips Campground and Lothian House Bed and Breakfast were determined to be adjacent to the proposed project area.

**Describe the involvement with any railroad (active or inactive) including all rail lines, crossings, bridges, or signals.**
NY DOT is coordinating with the New York Susquehanna and Western (NYSW) railroad, which crosses the Route 44 roadway (Skinners Falls West Road) to the east of the bridge. Coordination with the railroad indicated that flagging may be needed during construction if the crossing is temporarily blocked.

**Describe changes to access control.**
There is no proposed change to access control. The structure is currently closed to traffic.

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

1. **SR 1002 Skinners USGS Location Map.pdf**  (3034KB / 3MB)

2. **2024.12.16 JDS Skinners Falls Bridge emergency declaration.pdf**  (309KB / 0.3MB)

3. **FHWA_Concurrence_of_Gov_Declaration-Skinners Falls_121724.pdf**  (129KB / 0.1MB)

# CE Evaluation Part B, Section A-3
## Environmental Evaluation Subject Areas (Wildlife)

### 3. WILDLIFE

| | PRESENCE | IMPACTS[2] |
|---|---|---|
| **WILDLIFE & HABITAT**[1] | ◉ Not Present  ○ Present | |

**Remarks**

---

| | PRESENCE | IMPACTS[2] |
|---|---|---|
| **THREATENED & ENDANGERED PLANTS & ANIMALS**[1] | ○ Not Present<br>◉ Present<br>○ No Coordination Needed | ☐ No Potential Impacts<br>☐ Potential Impacts with Avoidance Measures<br>☐ Potential Impacts with Conservation Measures<br>☑ Potential Impacts |

*Reviews, concurrences and approvals for Threatened and Endangered Species searches/coordination are time sensitive.*
*If the coordination is greater than two years old, a new coordination effort will be required with the commenting/review agency(s).*

**Documentation**
☑ PNDI ER Receipt

**Agency Documentation**
☑ PFBC Correspondence
☐ PGC Correspondence
☐ DCNR Correspondence
☑ USFWS Correspondence

**Describe Avoidance Measures to be Implemented**

**Describe Planned Conservation Measures to be Implemented**

**Describe Other Mitigation**

The project team has worked with members of the Pennsylvania Fish & Boat Commission, USFWS Pennsylvania Field Office, and New York Department of Conservation staff to review project level impacts to aquatic resources and its potential to affect fresh water mussel species. Temporary aquatic impacts associated with the installation of a rock causeway have been estimated.
Mitigation for this project will be through a contribution to the Pennsylvania Fish & Boat Commission mussel conservation fund, which is anticipated to support future mussel surveys within this section of the Upper Delaware River watershed. The amount to be contributed to the mussel conservation fund will be determined in consultation with the agencies.

**Remarks**

The federally endangered dwarf wedge mussel (Alasmidonta heterodon) is known to inhabit the Delaware River. The Dwarf wedge mussel is also state endangered in both Pennsylvania and New York. Proposed temporary impacts to the habitat of dwarf wedge mussel and other mussel species inhabiting the Delaware River will occur as a result of the project.

1. If the resource is not present, do not complete the remainder of this subject area.
2. If the resource is present but no impacts are anticipated, describe in Remarks why there will be no impact. If there will be no impact because avoidance/mitigation measures will be included, describe those in the mitigation text box provided.
3. Unless required as an attachment, documentation for subject areas should be maintained in the project's Technical Support Data and does not need to be submitted with the CEE.

## Additional Information

**Remarks, Footnotes, Supplemental Data**

An online Pennsylvania Natural Diversity inventory (PNDI) search was executed for an area
containing the half width causeway alternative on 12/3/2024. Potential impacts under the
jurisdiction of the US Fish and Wildlife Service (USFWS) and Pennsylvania Fish and Boat Commission
(PFBC) were identified by PNDI for this project. Although not listed on the PNDI, coordination with
NYSDEC was also conducted as part of ongoing agency coordination. Coordination with the
resource agencies have indicated that the main species of concern is the federally and state
endangered dwarf wedge mussel (Alasmidonta heterodon), which is known to inhabit the Delaware River.

**Attachments**

1. project_receipt_skinners_falls_bridge_eme_828250_FINAL_1.pdf  (1107KB / 1.1MB)

# CE Evaluation Part B, Section A-4
## Environmental Evaluation Subject Areas (Cultural Resources)

## 4. CULTURAL RESOURCES

**Were Cultural Resource Professionals (CRPs) needed for project scoping?**     ◉ Yes   ○ No

| | CRP Scoping Field View Date: | 11/08/24 |
|---|---|---|
| | CRP Architectural Historian in Attendance: | Heather Gerling |
| | CRP Archaeologist in Attendance: | Kevin Mock |

**Was a Project Early Notification / Scoping Results Form completed?**  ☉ Yes  ○ No

---

For projects exempted from further Section 106 review under Appendix A of the Statewide Section 106 Programmatic Agreement, determine whether eligible resources are present for application of Section 4(f).

**Is the project exempted from review by the District Designee or CRP as per Appendix A of the Statewide Section 106 Programmatic Agreement?**  ☉ Yes  ○ No

| | |
|---|---|
| **Exempt Project Activity(s):** | B.9 |
| **Individual Making Exemption:** | Kevin Mock |
| **Date of Exemption:** | 12/17/24 |
| **Exemption Comments:** | The proposed undertaking meets PennDOT's criteria for exemption under a Type 1 emergency activity per the Delegation PA. |

---

### PRESENCE

| | Not Present | Potentially Eligible Resource Present | Eligible Resource Present | Listed Resource Present |
|---|---|---|---|---|
| **CULTURAL RESOURCES** | ☐ | ☑ | ☐ | ☑ |
| **Archaeology** | | | | |
| Pre-Contact: | ☐ | ☑ | ☐ | ☐ |
| Contact Native American: | ☐ | ☑ | ☐ | ☐ |
| Historic: | ☐ | ☑ | ☐ | ☐ |
| **Above-Ground Historic Properties** | | | | |
| Structure/Building: | ☐ | ☐ | ☐ | ☑ |
| District: | ☐ | ☐ | ☐ | ☑ |

### Documentation

Conclusion of Section 106 consultation must be documented in the following ways:

For projects *having an adverse effect*, one of the following:

- ☑ Memorandum of Agreement (MOA)
- ☐ Letter of Agreement (LOA)
- ☐ Memorandum of Understanding (MOU)
- ☐ Letter of Understanding (LOU)

☐ Specific Programmitic Agreement (PA)
☐ Standard Treatment
☐ Deferral of Archaeological Testing

**For projects *not having a known adverse effect*, one from *each* column:**

**Above-Ground Historic Properties**

☐ Above-Ground Historic Properties Field Assessment and Finding
☒ Above-Ground Historic Properties Finding Letter
☐ Section 106 (Above-Ground Historic Properties) Effect Concurrence Letter
☐ TE Project Field Assessment and Finding Checklist

**Archaeology**

☐ Archaeology Field Assessment and Finding
☒ Archaeology Finding Letter
☐ Section 106 (Archaeology) Effect Concurrence Letter
☐ TE Project Field Assessment and Finding Checklist
☐ Deferred Archaeological Testing Form
☐ Project Specific Programmatic Agreement

**Supplemental documentation should be completed as warranted:**

☐ Historic Structures Survey / Determination of Eligibility Report
☒ Phase Ia Archaeological Sensitivity Report
☒ Geomorphological Survey Report
☐ Archaeological Disturbance Report
☐ Archaeology Identification (Phase I) Report
☐ Archaeology Negative Survey Form
☐ Archaeology Evaluation (Phase II) Report
☐ Combined Archaeology Identification/Evaluation Report
☒ Determination of Effects Report
☐ (Bridge) Feasibility Report
☐ Other  **(describe in remarks)**

Include Section 106 Public Involvement in Part B, Section C, Public Involvement.

**Describe Any Permanent and Temporary Impacts**

The proposed project involves the removal of the National Register of Historic Places Listed Skinners Falls Bridge. The Skinners Falls Bridge was listed on the NRHP in 1988 under Criterion C for Engineering as a rare example of an intact multiple-span Baltimore through truss bridge of moderate length. The Skinners Falls Bridge is also a contributing element to the NHRP Listed Milanville Historic District. The Milanville Historic District was listed on the NRHP in 1993 under Criterion A for its association with the areaâ€™s nineteenth- and twentieth-century industrial development, and under Criterion C for its noteworthy architecture of the same eras.
The proposed project results in temporary impacts to the Milanville Historic District due to the installation of a temporary causeway to remove the existing Skinners Falls Bridge. Permanent impacts to both the Skinners Falls Bridge and the Milanville Historic District will occur as a result of the removal of the Skinners Falls Bridge, New York abutment, and center pier. The Pennsylvania abutment will be stabilized.

**Are mitigation and/or standard treatments required?**  ○ No  ● Yes

**Describe Mitigation / Standard Treatments**

Mitigation will be determined based on consultation with FHWA, ACHP, NYSHPO, PASHPO, USACE, NPS, and consulting parties. An MOA will be developed in consultation with state and federal agencies and PA and NY SHPO.

**Remarks**

Both state SHPOs and ACHP were notified on 12/17; the project team requested expedited reviews.

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

# CE Evaluation Part B, Section C
## Public Involvement

Document all public involvement efforts, including but not limited to, meetings, intent to enter letters, and displays. Indicate number of events when applicable.
Include in the project technical file: notification of public involvement activities, and the resolution to relevant issues or concerns raised during public involvement.

| | # | Comments |
|---|---|---|
| ☐ Plans Display | | |
| ☐ Public Officials Meetings | | |
| ☑ Public Meetings | 2 | Virtual public meetings on November 14, 2024 and December 17, 2024. |
| ☐ Public Hearing | | |
| ☐ Special Purpose Meetings (specify) | | |
| ☐ Section 106 Public Involvement / Consulting Parties (specify) | | |
| ☑ Section 106 Tribal Consultation (specify Tribe(s) contacted and Tribal response) | | On 11/21/2024, PennDOT notified the following Tribes and Nations of the need for a project to address the failing structure: the Absentee Shawnee Tribe of Indians; Delaware Nation; Delaware Tribe; Eastern Shawnee Tribe; Onondaga |

☐ Environmental Justice Community Involvement (if applicable)

☐ Other information dissemination activities (specify)

☑ Commitment for Further Public Involvement | Consulting parties meetings will be held in order to determine the appropriate mitigation for Section 106 effects.

Nation; Shawnee Tribe; and Stockbridge Munsee. PennDOT also notified the same Tribes and Nations of the effect to historic properties on 12/17/2024.

**Remarks**

---

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

# CE Evaluation Part B, Section D
## Permits Checklist

Check all permits required for permanent and temporary actions.

☐ **No Permits Required**

☑ **United States Army Corps of Engineers Section 404 and/or Section 10 Permit**
    ☐ Individual    ☑ Nationwide    ☐ PASPGP

☑ **DEP Waterway Encroachment (105) Permit**
    ☐ Standard    ☐ Small Project    ☐ General    ☑ Other

☑ **DEP 401 Water Quality Certification**

☐ **Coast Guard Permit**

☑ **NPDES Permit**
    ☑ General   ☐ Individual   ☐ Exempt

☑ **Other Permits**

**Other Permits Information**

  NPS Special Use Permit
  NYSDEC Emergency Waterways Permit

---

## Additional Information

**Remarks, Footnotes, Supplemental Data**

A USACE NWP-3 will be submitted to USACE Philadelphia District
A PADEP Emergency Permit will be submitted to PADEP NERO.
Subsequent to submission of the NYSDEC Emergency permit, a Protection of Waters Permit, Section 401 Water Quality Certification, and SPDES for Stormwater Discharges from Construction Activities will be required to be submitted at the completion of the project.

**Attachments**

# CE Evaluation Part B, Section E
## Resources To Be Avoided and Mitigation Measures

The mitigation measures summarized in this section should be incorporated into the project's design documents.  In order to track and transfer mitigation commitments through the project development process, **Environmental Commitments & Mitigation Tracking System (ECMTS)** documentation should be prepared and submitted to the appropriate channels, including the Contract Management Unit, as the project moves through Final Design and Construction.  Mitigation is automatically completed for the resource specific areas in this document.  Non-resourced specific mitigation should be added to this page for documentation purposes.

**Mitigation measures are COMMITMENTS of both the Department and FHWA and are agreed to and approved by the District Executive for Level 1 CEEs and by the Division Administrator of FHWA for Level 2 CEEs.**

Impacts and mitigation commitments are based on Preliminary Design and may change as the project

moves through Final Design and Construction.  Final design information and final mitigation commitments are included in the ECMTS documentation.

---

1. **Specific Permanent Impacts**

              **Streams (B:A-1):**   *linear feet*
             **Wetlands (B:A-1):**   *acres*
           **State Gamelands (B:A-2):**   *acres*

2. **Specific Mitigation Commitments**

    **STREAMS (B:A-1)**

    **Project Specific Restoration/Enhancement:**   *linear feet*
    **Advanced Compensation/Banking:**   *linear feet*
    **Other:**
    **Mitigation Remarks:**

    **WETLANDS (B:A-1)**

    **Project Specific Replacement/Construction:**   *acres*
    **Banking:**   *acres*
    **Bank to be Debited:**
    **Restoration:**   *acres*
    **Preservation:**   *acres*
    **In-Lieu Fee:**   *whole dollars*
    **Other:**
    **Mitigation Remarks:**

    **STATE GAMELANDS (B:A-2)**

    **Project Specific Replacement:**   *acres*
    **Banking:**   *acres*
    **Bank to be Debited:**
    **Other:**
    **Mitigation Remarks:**

    **COMMITMENTS FOR FURTHER PUBLIC INVOLVEMENT (B:C)**

        Consulting parties meetings will be held in order to determine the appropriate mitigation for Section 106 effects.

3. **Other Mitigation Commitments**

**RESOURCE SPECIFIC**

### Threatened & Endangered Plants & Animals - Other Mitigation (B:A-3)

The project team has worked with members of the Pennsylvania Fish & Boat Commission, USFWS Pennsylvania Field Office, and New York Department of Conservation staff to review project level impacts to aquatic resources and its potential to affect fresh water mussel species. Temporary aquatic impacts associated with the installation of a rock causeway have been estimated.
Mitigation for this project will be through a contribution to the Pennsylvania Fish & Boat Commission mussel conservation fund, which is anticipated to support future mussel surveys within this section of the Upper Delaware River watershed. The amount to be contributed to the mussel conservation fund will be determined in consultation with the agencies.

### Cultural Resources (B:A-4)

Mitigation will be determined based on consultation with FHWA, ACHP, NYSHPO, PASHPO, USACE, NPS, and consulting parties. An MOA will be developed in consultation with state and federal agencies and PA and NY SHPO.

**NON-RESOURCE SPECIFIC**

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

# CE Evaluation Part C
## CEE Approval Processing

## Section A - Level 1a CEE Approval

**This project is appropriate to be described by Item Number  09  of Table 3.1 in Publication #10, DM-1B, and is appropriate for a Level 1a Categorical Exclusion in accordance with 23 CFR 771.117.**

**County:** Wayne    **SR/Sec:** 1002/E24    **MPMS:** 122260    **Project:** SR 1002 ov Delaware River 2024

**Prepared By:**  Drew Ames
**Title:**  Chief PennDOT Env. Policy and Development Division    **Date:**  12/17/24

**Approved By:**  John A Ames    **Date:**  12/18/24

**Title:** District Environmental Manager

## Additional Information

**Remarks, Footnotes, Supplemental Data**

**Attachments**

**Package #38090     SR 1002 ov Delaware River 2024**

| Documents/Attachments* | Checked Out? | Included? | Required? | Verified? | Last Modified On |
|---|---|---|---|---|---|
| **Package Document** | N/A | Included | Required | N/A | 12/18/24 by John A Ames |
| **Title Page** | N/A | Included | Required | Valid | 12/18/24 by John A Ames |
| **Part A: General Project Identific...** | N/A | Included | Required | Valid | 12/18/24 by John A Ames |
| 📎 *SR 1002 Skinners USGS Location* | | | | | |
| 📎 *2024.12.16 JDS Skinners Falls* | | | | | |
| 📎 *FHWA_Concurrence_of_Gov_Declar* | | | | | |
| **Part B: Section A-3 Wildlife** | N/A | Included | Optional | Valid | 12/18/24 by John A Ames |
| 📎 *project_receipt_skinners_falls* | | | | | |
| **Part B: Section A-4 Cultural Reso...** | N/A | Included | Required | Valid | 12/18/24 by John A Ames |
| **Part B: Section C Public Involvem...** | N/A | Included | Optional | Warnings | 12/18/24 by John A Ames |
| **Part B: Section D Permits Checkli...** | N/A | Included | Optional | Valid | 12/18/24 by John A Ames |
| **Part B: Section E Resources To Be...** | N/A | Included | Optional | Valid | 12/18/24 by John A Ames |
| **Part C: Approval Processing** | N/A | Included | Required | Valid | 12/18/24 by John A Ames |