Exhibit 19

**Subject:** RE: Section 4(f) process - Skinners Falls Bridge
**Date:** Monday, February 3, 2025 at 2:12:37 PM Eastern Standard Time
**From:** Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>
**To:** Lauren Williams <lmw@greenworkslawconsulting.com>
**CC:** Baccus, Nathan (FHWA) <nathan.baccus@dot.gov>, Powell, Vanessa (FHWA) <Vanessa.Powell@dot.gov>, Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>, Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>, Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>, FHWA-FPO <FHWA-FPO@dot.gov>, hgerling@pa.gov <hgerling@pa.gov>, Clarke, David (FHWA) <david.clarke@dot.gov>

Good afternoon Ms. Williams,
PennDOT is funding the project with federal-aid Surface Transportation Block Grant Program Off-System Bridge funds.
Thank you, Jen
-

Jennifer Crobak, AICP
Director - Planning, Environment, and Finance Team
Federal Highway Administration, Pennsylvania Division
(P) 717-221-3440 | (E) Jennifer.Crobak@dot.gov

**From:** Lauren Williams <lmw@greenworkslawconsulting.com>
**Sent:** Thursday, January 30, 2025 3:57 PM
**To:** Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>; Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>; Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>; Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>; FHWA-FPO <FHWA-FPO@dot.gov>; Clarke, David (FHWA) <david.clarke@dot.gov>; hgerling@pa.gov
**Cc:** Baccus, Nathan (FHWA) <nathan.baccus@dot.gov>; Powell, Vanessa (FHWA) <Vanessa.Powell@dot.gov>
**Subject:** Re: Section 4(f) process - Skinners Falls Bridge

> You don't often get email from lmw@greenworkslawconsulting.com. Learn why this is important
> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Ms. Crobak,

Thank you for the response. With federal funds involved in the project, which program or "pot" of funds is being used for the bridge demolition (e.g. Emergency Relief for federal-aid highways or something else)?

Thanks,
Lauren

Sent from Outlook for iOS

Lauren M. Williams, Esq.
Greenworks Law and Consulting LLC

8 Atkinson Drive #1746
Doylestown, PA 18901
Office Phone/Fax: 267-360-6188
Email: lmw@greenworkslawconsulting.com

Pronouns: she/her/they/them

*Licensed to practice only in Pennsylvania*

THIS MESSAGE AND ANY ATTACHED DOCUMENTS MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AUTHORIZED AGENT OF THE INTENDED RECIPIENT, PLEASE DO NOT READ, DISTRIBUTE, COPY, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS MESSAGE AND ALL ATTACHMENTS.

---

**From:** Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>
**Sent:** Thursday, January 30, 2025 2:03:56 PM
**To:** Lauren Williams <lmw@greenworkslawconsulting.com>; Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>; Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>; Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>; FHWA-FPO <FHWA-FPO@dot.gov>; Clarke, David (FHWA) <david.clarke@dot.gov>; hgerling@pa.gov <hgerling@pa.gov>
**Cc:** Baccus, Nathan (FHWA) <nathan.baccus@dot.gov>; Powell, Vanessa (FHWA) <Vanessa.Powell@dot.gov>
**Subject:** RE: Section 4(f) process - Skinners Falls Bridge

Good afternoon Ms. Williams,
Thank you for your email. Due to the conditions and Emergency Declaration issued by Governor Josh Shapiro on December 16, 2024, the Individual Section 4(f) Evaluation will be prepared as the project progresses per the FHWA's Section 4(f) Policy Paper.

Sincerely, Jennifer
-

Jennifer Crobak, AICP
Director - Planning, Environment, and Finance Team
Federal Highway Administration, Pennsylvania Division
(P) 717-221-3440 | (E) Jennifer.Crobak@dot.gov

---

**From:** Lauren Williams <lmw@greenworkslawconsulting.com>
**Sent:** Tuesday, January 28, 2025 6:33 PM
**To:** Nolan, Alicia (FHWA) <Alicia.Nolan@dot.gov>; Harvey, Benjamin (FHWA) <benjamin.harvey@dot.gov>; Crobak, Jennifer (FHWA) <jennifer.crobak@dot.gov>; Goddard, Michelle (FHWA) <michelle.goddard@dot.gov>; FHWA-FPO <FHWA-FPO@dot.gov>; Clarke, David (FHWA) <david.clarke@dot.gov>; hgerling@pa.gov

**Subject:** Section 4(f) process - Skinners Falls Bridge

Some people who received this message don't often get email from lmw@greenworkslawconsulting.com. Learn why this is important

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Can someone please advise as to the present status and timeline of the Section 4(f) process for the Skinners Falls Bridge? Thank you.

Lauren Williams

-----
Lauren M. Williams, Esq.
Greenworks Law and Consulting LLC

8 Atkinson Drive #1746
Doylestown, PA 18901
Office Phone/Fax: 267-360-6188
Email: lmw@greenworkslawconsulting.com

Pronouns: she/her/they/them

*Licensed to practice only in Pennsylvania*

THIS MESSAGE AND ANY ATTACHED DOCUMENTS MAY CONTAIN CONFIDENTIAL AND/OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT OR AN AUTHORIZED AGENT OF THE INTENDED RECIPIENT, PLEASE DO NOT READ, DISTRIBUTE, COPY, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY AND DELETE THIS MESSAGE AND ALL ATTACHMENTS.