Exhibit 20

# Skinner's Falls Bridge - Letter of Interest

Damascus Citizens for Sustainability,, Inc a registered 501C3 LLC nonprofit, is writing to express interest in acquiring the bridge (superstructure and substructure), easements, as well as rights, responsibilities, liabilities and benefits associated with the crossing at State Route 1002, Skinners Falls Bridge.

The citizens of Milanville, PA as well as those in the surrounding area, including New York State, formed a company in the early 1900s to create a private bridge across the Delaware for their benefit. The bridge that the company built has specifications that remain adequate for the purpose intended.

Ownership was transferred to the government with the understanding that the crossing would be maintained in perpetuity for the public good.

As the bridge has not been adequately maintained, Damascus Citizens for Sustainability would like to reacquire and take responsibility for the crossing as-is as well as responsibility for addressing the emergency and associated liabilities for the bridge.

It wants to act promptly to address the emergency and mitigate any other known hazards. It proposes to then implement a multi-year plan to restore the bridge to original specification (Secretary of Interior Standard) with the restoration being done to accepted engineering standards such as AASHTO and ASME. This will be done in a manner that minimizes risk, cost, impediment to recreation, and environmental impact.

We want to do this work as a design-build project by vendors of our choosing.

Upon completion of the restoration, we propose to maintain the bridge for no less than 20 years.

We want to purchase the bridge for $1 and assume all liability and responsibility in exchange for funds in the amount of PennDOT's engineering estimate of the restoration, understood to be approximately $16,000,000. Any funds beyond that $16 Million needed for the restoration, ownership and maintenance will be raised by Damascus Citizens for Sustainability. Damascus Citizens for Sustainability will work with PA and NY transportation agencies as needed to ensure appropriate signage and other measures to protect the bridge and investments in its recovery.

Damascus Citizens for Sustainability further agrees to put in place financial accounting and protections to insure the funds transferred with the bridge are used as intended.

The obligations regarding the bridge, transfer of ownership and responsibility, and other related issues will be fully outlined in a subsequent legally-binding agreement.

We request a reply.   And we request a pause to the push to blow up the Bridge.


Sincerely,

B. Arrindell, Director
Damascus Citizens for Sustainability

DCS
7 Erie Avenue
P.O.Box 35
Narrowsburg, NY 12764

DCS@DamascusCitizens.org

Phone 845-252-6677

www.DamascusCitizens.org