UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAMASCUS CITIZENS FOR SUSTAINABILITY, INC. and CYNTHIA NASH,<br><br>    Plaintiffs<br><br>    v.<br><br>SEAN DUFFY, SECRATARY, U.S. DEPARTMENT OF TRANSPORTATION, et al.<br><br>    Defendants. | CIVIL ACTION NO. 3:25-CV-00625<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW**, this 15th day of April, 2025, for the reasons set forth in the Memorandum Opinion filed concurrently herewith, **IT IS HEREBY ORDERED** that Plaintiffs' motion for a preliminary injunction (Doc. 8) is **DENIED**.

                                                             BY THE COURT:

                                                             *s/ Karoline Mehalchick*
                                                             **KAROLINE MEHALCHICK**
                                                             **United States District Judge**